LONNIE LEE POSLOF SR. #T-90225
P.V.S.P. D-1/113 LOW
POST OFFICE BOX 8 5 0 4
COALINGA, CALIFORNIA 9 3 2 1 0

IN RE: ILLEGAL DIVERSION OF MEDICAL TREATMENT
TO: JUDICIAL ENFORCEMENT STAFF,

    I HAVE ON MANY ATTEMPTS, TRIED TO OBTAIN LEGAL ASSISTANCE FROM THE PRISON LAW OFFICE, MEDICAL RECEIVER APPOINTED BY THE COURT TO CORRECT MEDICAL CARE IN CALIFORNIA STATE PRISONS, UTILIZING THE 602 APPEALS PROCESS PROVIDED BY THE STATE PRISON SYSTEM, AND DIRECT CONTACT WITH THE UNITED STATES DISTRICT COURT JUDGE HENDERSON.

    THIS CONTACT WAS IN REGARDS TO BEING DENIED PROPER MEDICAL TREATMENT, THAT WAS CAUSED BY CUSTODY STAFF AND NOT THE DOCTORS ORDERING THIS TREATMENT.

    AFTER BEING DENIED PROPER MEDICAL TREATMENT NOW (IN FOLD) BY THE RETALIATION OF INFLUENCE OVER THE NEWLY IN-PLACED MEDICAL STAFF BY PRISON CUSTODY FOR CAUSING LIGHT TO BE PLACED UPON THESE ACTIONS, OF LATE CAUSING EVEN MORE RESISTANCE AND INCREASING RETALIATORY ACTS IN THE MANNER MY MEDICAL TREATMENT IS BEING ADMINISTERED, OR DENIED, TO THE POINT THAT MY HEALTH IS IN INCREASING DANGER.

    BY MAKING SUCH REQUESTS, I HAVE BEEN MET WITH NOTING BUT DELAYS OF THE AGENTS, AND LEGAL STAFF, THAT THERE IS TOO MANY REQUESTS, FOR [MY] MEDICAL ISSUES TO BE ADDRESSED, AT EVERY TURN, I HAVE FILED CDC 602 APPEALS, OR 1824 ADA MEDICAL REQUEST FORMS, TO ONLY BE DENIED OR ANSWERED BY LOWER MEDICAL STAFF THAT THE DOCTORS HAVE EITHER ORDERED THE DELAY OR THAT NO ORDERS HAVE BEEN FILED OR THAT ADMINISTRATION OF MEDICATIONS HAVE BEEN CHANGED, AND ON THE SAME FORM AT A LATER SECTION, STATING THAT NO SUCH ACTION OR ORDERS WERE GIVEN OR TAKEN.

    THE DOCTORS ANSWERS ALL STATE THE ORDER FOR TREATMENT AND OR ADMINISTRATION BE PROVIDED, AND NO CHANGES.

    THEREFORE, IT MUST BE CONCLUDED THAT ONCE AGAIN CDC CUSTODY IS INTERJECTING RETALIATORY INFLUENCE OVER THE NOW REPLACED LOWER MEDICAL STAFF.

    MOREOVER, REMOVING, MEDICAL TREATMENT OF STATE PRISONER'S, AND RESOLVE OF MEDICAL RECEIVERSHIP HAS BEEN FOREMOST INEFFECTIVE HERE AT PLEASANT VALLEY STATE PRISON.

    I AT THIS TIME AM UNABLE TO TAKE THE MEDICATIONS THE DOCTOR HAS ORDERED FOR MY SEIZURE CONDITION, BECAUSE THE LOWER MEDICAL STAFF FELLS THE NEED TO CRUSH IT AFTER I HAVE BEEN REQUIRED TO TAKE THIS MEDICATIONS SINCE 1986, FOR THE ONGOING SEIZURE CONDITION I HAVE, I HAVE TRIED TO TAKE THE MEDICATIONS IN THIS MANNER BEFORE AND IT MAKES ME VIOLENTLY SICK, THEREFORE, IF THEY FIND ANOTHER MANNER THEY WISH TO DIVERT MY MEDICATION ORDER OF ALL MY DOCTORS FOR SO MANY YEARS, WHICH I HAVE RECORDS FOR ALL MY MEDICAL TREATMENT. STAFF IS WITHOUT DOCTORS ORDERS CHANGING MY MEDICAL TREATMENT, VIOLATING THE AMA, AND LEGAL STANDARD OF LEGAL MEDICAL LICENSING REQUIREMENT, AN LVN MY NOT ORDER MEDICAL TREATMENT.

    I AM REQUESTING, THAT MEDICAL CARE HERE AT PLEASANT VALLEY STATE PRISON BE TAKEN OVER DIRECTLY BY THE FEDERAL COURT OR THAT THE APPOINTED RECEIVER OF THE CALIFORNIA STATE PRISON MEDICAL TREATMENT PROGRAM, BE IN A MORE HANDS-ON APPROACH, THAT THE RECEIVER APPOINT AN ON-SITE OVERVIEWER OF THIS PRISONS MEDICAL CARE PROVISION.

10-07-2007

x _____
LONNIE LEE POSLOF SR.

CC/SEE OTHER SIDE

c.c.

CALIFORNIA PRISON CARE RECEIVERSHIP CORPORATION.
1731 TECHNOLOGY DRIVE, SUITE 700, SAN JOSEM CALIFORNIA 95110

HONORABLE THELTON HENDERSON
JUDGE OF THE UNITED STATES DISTRICT COURT
COURT ROOM 12, 19th FLOOR
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

PRISON LAW OFFICE
DIRECTOR,
GENERAL DELIVERY
SAN QUENTIN, CALIFORNIA 94964

ACLU OF NORTHERN CALIFORNIA
1663 MISSION STREET SUITE 460
SAN FRANCISCO, CALIFORNIA 94103

PRISONER'S RIGHTS UNION
POST OFFICE BOX 1019
SACRAMENTO, CALIFORNIA 94812

WARDEN, JAMES A. YATES
PLEASANT VALLEY STATE PRISON
POST OFFICE BOX 8500
COALINGA, CALIFORNIA 93210

CALIFORNIA DEPARTMENT OF JUSTICE
CALIFORNIA ATTORNEY GENERAL
C/O CALIFORNIA DEPARTMENT OF CORRECTIONS
1515 "S" STREET, SUITE 351
SACRAMENTO, CALIFORNIA 95814