Lonnie Poslof T90235
PVSP-D-1-113 Low
P.O. Box 8504
Coalinga, CA 93210

Legal Mail

United States District Court
Northern District of California
"Honorable Judge Thelton E. Henderson"
"U.S. Court House"
450 Golden Gate Avenue
San Francisco, California
94102-3483

RECEIVED
OCT 1 1 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BAKERSFIELD CA 933
MOJAVE CA
OCT 2007

THIS MAIL GENERATED FROM
PLEASANT VALLEY STATE PRISON