LONNIE LEE POSLOF SR. #T-90225
P.V.S.P. D-1 / 113 LOW
POST OFFICE BOX 8504
COALINGA, CALIFORNIA 93210



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TO: THE CLERK OF THE COURT,        CASE NO. CV 07-5293 CW (PR)

IN RE: TO LETTER ADDRESSING FAILURE OF COURT ORDER,

       COMES NOW PETITIONER LONNIE LEE POSLOF SR. WITH REQUEST FOR AN UP-DATED COPY OF MY LETTER OF INFORMATION TO BE FORWARDED TO THE COURT.

       I DO NOT BELIEVE THAT MY LETTER OF COMPLAINT, INFORMING THE COURT THAT IT'S PRIOR ORDER TO TAKE OVER THE CALIFORNIA PRISON MEDICAL CARE, BY THE APPOINTMENT OF A RECEIVER, TO WHICH THERE HAS BEEN A FAILURE IN THE INTENT THE COURT MADE SUCH AN ORDER, [AS] THAT THE MEDICAL CARE [NOW] PROVIDED HERE AT PLEASANT VALLEY STATE PRISON HAS PLUMEDED TO THE EXTENT PRISON INMATES HEALTH ARE BEING PLACED IN FURTHER DANGER.
       MY LETTER IS A LETTER OF INFORMATION, TO THE CASE ALREADY IN PLACE THAT THE COURT ORDERED THE CARE TAKEN OUT OF CDCR HANDS, FOR CHANGE, [IT] HAS MET CHANGE, [BUT] AT THIS TIME FOR THE WORST, AND MY LETTER IS ONLY AS ADVISEMENT OF THE CONDITIONS THAT NOW EXIST.

       I HAVE NO INTENT TO FILE A CASE IN EXCESS OF WHICH HAS BEEN FILED AND MADE BY COURT ORDER TO CHANGE THE MANNER IN WHICH PRISON INMATES IN THE STATE OF CALIFORNIA ARE PROVIDED MEDICAL CARE, [ONLY] INFORMING THE COURT WHICH IT'S ORDER HAD NOT BEEN FOLLOWED.

       I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE 11 / 04 / 2007          x_____
                              LONNIE LEE POSLOF SR.