PLEASANT VALLEY STATE PRISON
P.O. BOX 8504
COALINGA, CA. 93210

NAME: JONNIE L. POSLOF SR.
NUMBER: T-90225
HOUSNG: D-1 113 LOW

THIS MAIL GENERATED FROM
PLEASANT VALLEY STATE PRISON
STATE PRISON
GENERATED MAIL

UNITED STATES POSTAGE
PITNEY BOWES
$00.41⁰
02 1A
0004344659  NOV 05 2007
MAILED FROM ZIP CODE 93210

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
C/O CLERK OF THE COURT,
1301 CLAY STREET, SUITE 400S
OAKLAND, CALIFORNIA 94612-5212

L E G A L * * * M A I L
* * * * * * * * * * * *
CASE NUMBER 07-5293 CW (PR)