1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2 | Name **Poslof**  **Lonnie**  **L.**  **Sr.**
  (Last)    (First)    (Initial)

4 | Prisoner Number **T-90225**

5 | Institutional Address **P.V.S.P. P.O. Box 8504 Coalinga CA. 93210**

===================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Lonnie Lee Poslof Sr, Et, Al**
(Enter the full name of plaintiff in this action.)

vs.

**Pleasant Valley State Prison,**
**LVN. Deias, Et, Al.**
**(O.C.R.), Et, Al,**
**(Warden) James A. Yates**
(Enter the full name of the defendant(s) in this action)

Case No. **CV-07-5293 (W) (PR)**
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement **P.V.S.P. Coalinga**

B.   Is there a grievance procedure in this institution?

　　　YES (X)    NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

　　　YES (X)    NO ( )  **And on-going**

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                - 1 -

1. Informal appeal *See Appeal Attachments See medical Requests*

2. First formal level *See Appeal Attachments See medical Requests*

3. Second formal level *See Attachment Appeals See medical Requests*

4. Third formal level *" "  " "  / "  / /*

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)    NO ( )   *And on-going*

F. If you did not present your claim for review through the grievance procedure, explain why. *The Appeals Process has proven to be no more than a stall of providing medical treatment*

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

*Pleasant Valley State Prison, P.O. Box 8504 Coalinga, CA 93210*
*Prison P.O. Box 8500*

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

*James A. Yates, L.V.N. Deiss, "will not"*

COMPLAINT                - 2 -

1  give me other names, which I wish
2  To include, Director of Corrections
3  The court Appointed Receiver As well
4  _____

5  III.  Statement of Claim.

6      State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10  The Facts Are Present in All
11  my Requests for medical care And
12  Treatment, met with Denial And
13  Stalling, That we Suffer, And when
14  we complain, we Are met with Adverse
15  Actions By staff Here At This Prison
16  And Still don't get The medical Treatment
17
18
19
20
21
22

23  IV.  Relief.
24      Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  That The court Appointed Receiver
27  Be Required To Place An on-site
28  overviewer That I And other State

COMPLAINT                    - 3 -

1  Prisoner's will Receive The correct
2  medical care, and treatment
3
4
5      I declare under penalty of perjury that the foregoing is true and correct.
6
7      Signed this ___05___ day of __November__, 20_07_
8
9                              _Lonnie Lee Posey sr._
10                                     (Plaintiff's signature)

COMPLAINT                        - 4 -