# EXHiBits

only Some "not"
All
oF RePeted ABuse oF
my SelF And other inmates
Here



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964-0001
Telephone (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Rachel Farbiarz
Penny Godbold
Megan Hagler
Alison Hardy
Vibeke Martin
Millard Murphy
Sara Norman
Judith Rosenberg
Zoe Schonfeld
E. Ivan Trujillo

10/23/2007

Lonnie Lee Poslof, T-90225
PVSP
PO Box 8500
Coalinga, CA 93210

Dear Mr. Poslof:

I write in response to your letters which we received on 8/13/07 and 10/11/07. In your 8/13 letter, you enclose an exhausted 602 with regard to eyeglasses. You write that you require photogray glasses for treatment of migraines. You also write that from time to time, you do not receive your medications. In your 10/11 letter, you write that you have been unable to take your seizure medication due to staff crushing this medication.

With regard to your eyeglasses and migraine medications, I would like to ask you a few questions in order to better understand your situation:

1. As noted in the Second Level Decision, have you since been seen by optometry for an evaluation? If so, what were the results of this appointment?

2. If you were ordered photogray sunglasses by the optometrist, are you still without them? Please explain.

3. Do you continue to have problems receiving your migraine medication? If so, how often do you not receive this medication? Has this been an issue recently?

With regard to your seizure medication, please understand that PVSP medical staff may be allowed to crush this medication. I suggest that you file a 602 on this issue. We will be glad to review your appeal when you have exhausted your administrative remedies. Of course, if you experience uncontrolled seizures and do not receive treatment, please let us know.

Until I hear from you again, I wish you the best.

Sincerely,

Sam Weiner
Litigation Assistant under Zoe Schonfeld

Enclosures: SASE;

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Honorable John Burton • Felecia Gaston • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: AUG 0 2 2007

In re: Lonnie Poslof, T90225
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210-8500

*[handwritten: Please Return To Inmate]*

IAB Case No.: 0700056        Local Log No.: PVSP-07-00646

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner B. Sullivan, Staff Services Manager I. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that he has light sensitivity in his eyes and gets migraine headaches. He says the latest prescription eyeglasses he received do not fit in the plastic frames provided. He also states the doctor told him that since he has no money he cannot be provided with photo-gray or tinted eyeglasses. The appellant requests to receive a new set of eyeglasses that fit in the frames and that they be tinted or photogray. He also asks for his chronic care medications.

**II   SECOND LEVEL'S DECISION:** The reviewer found that on March 26, 2007, the appellant's Unit Health Record was reviewed and he was evaluated by Dr. Duenas. The appellant's medications were renewed. He is classified as Permanently Mobility Impaired impacting placement (DPM) where he requires lower bunk, no triple bunk, and no stairs in his path of travel pursuant to the Armstrong Remedial Plan (ARP). The appellant received a new pair of eyeglasses with photogray lenses on March 1, 2007. At the Second Level of Review, the appellant's eyeglasses were inspected and they do not fit the frame properly. A new referral for services was submitted for an optometry evaluation. Upon completion, the optometrist will make the determination if photogray lenses are medically necessary. The appeal is granted in part at the Second Level of Review.

**III   DIRECTOR'S LEVEL DECISION:** Appeal is denied.

   **A. FINDINGS:** At the Director's Level of Review, the appellant says his eyeglasses do not stay together and do not assist his sensitivity to light. He says the First Level of Review is incorrect in that the eyeglasses he received in March 2007 were not photogray. He continues to get headaches. He also states that as an Americans with Disabilities Act inmate, pursuant to the Law and the California Code of Regulations, Title 15, Section (CCR), he is not required to pay for any medical aid items.

   The appellant has been referred for an optometry evaluation. Once completed, the optometrist shall determine if photogray lenses are necessary. In addition, the appellant must understand that prescribed medical appliances are the financial responsibility of the inmate unless he meets the criterion for indigency. Pursuant to the ARP, IV.F.4, "prescribed appliances shall be purchased by the inmate through the Department or a vendor of the inmate's choosing, with the approval of the Health Care Manager, Chief Medical Officer or Chief Dental Officer. Prior to issuance of any other appliance, the inmate must sign a CDC Form 193 for the cost of the appliance. If an inmate is indigent, as defined in CCR, Title 15, Section 3000, or does not have enough money in his/her trust account to cover the cost of the appliance, the appliance shall be provided at State expense in accordance with CDC inmate trust accounting procedures. The inmate shall be required to contribute towards the cost of the device all funds contained or received in the account from the date the appliance is ordered to the date it is received, in accordance with departmental procedure. If the inmate is not indigent, he or she shall be held financially accountable for the cost of the appliance in accordance with departmental procedure. No inmate shall be denied a health care appliance because he or she is indigent."

   After considering the evidence and arguments herein, it has been determined that staff acted appropriately on the appellant's request.

*[handwritten in right margin: Answer in Error]*

LONNIE POSLOF, T90225
CASE NO. 0700056
PAGE 2

**B. BASIS FOR THE DECISION:**
ARP: ARPI, ARPII.A, ARPII.F, ARPIV.F.2, ARPIV.F.4
CCR: 3350, 3354

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:  Warden, PVSP
     Health Care Manager, PVSP
     Appeals Coordinator, PVSP
     Medical Appeals Analyst, PVSP

STATE OF CALIFORNIA                                                         DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| PVSP-D | 07-00046 | 18. ADA |

NOTE: THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LONNIE LEE POSLOF SR. | T-90225 | PORTER D-1 | 3rd./WATCH | D-1/113 low |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/Institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY: require the use of a wheelchair and a walking cane. I have a documented seizure disorder, migraine headaches/light sensitivity, loss of the (and the need for cronic care medications) full use of my left leg and arm, due to brain surgery, and vision impairments.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
California State, county and CDCR file records.

DESCRIBE THE PROBLEM: 1. the latest I received substandard glasses that for one do "NOT" fit in the plastic frames provided, and as the Doctor was informed that my eyes are very sensitive to light and more so during my cronic migraine headachs and require my vision glasses to either to be tinted or photo-gray, and was informed that because I have no funds in my inmate trust account that the Doctor would not order me the tinted or photo-gray glasses. and need repeatively requested cronic care medications refiled.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? That I receive a set of glasses that fit in the frames, and that they either be tinted, or photo-gray, so that I may receive more than substandard medical care, and medical equipment that is conducive to my medical conditions, and the my medications for cronic care treatment be renewed.

INMATE/PAROLEE'S SIGNATURE         DATE SIGNED 02/09/2007

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

## REVIEWER'S ACTION

DATE ASSIGNED TO REVIEWER: 3/21/07
DATE DUE: 4/11/07

**TYPE OF ADA ISSUE**

☒ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

☐ Auxiliary Aid or Device Requested

☒ Other _Issued Photogray or tinted glasses, receive standard medical care, medical equipment conducive to medical condition and medication_

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:**

See Attached

_3/26/07_
DATE INMATE/PAROLEE WAS INTERVIEWED

_A. Duenas, MD_
PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

☒ GRANTED   ☐ DENIED   ☐ PARTIALLY GRANTED

**BASIS OF DECISION:**

See Attached

**NOTE:** If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| [signature] | Med. Appeals Analyst | PVSP |

**APPROVAL**

ASSOCIATE WARDEN'S SIGNATURE [signature]

DATE SIGNED: 4-9-07

DATE RETURNED TO INMATE/PAROLEE: APR 10 2007

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region  1. **PVSP-D**   Log No. **07-00646**   Category **18**

2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse effect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| LONNIE LEE POSLOF SR. | T-90225 | D-FAC, BLD-1 P.M. PORTER | D-1/113 L |

A. Describe Problem: ON 04/11/2007, I RECEIVED A RETURN TO MY FILED 1824 REASONABLE MODIFICATION OR ACCOMMODATION REQUEST, HAVING BEEN GRANTED, WITH THE REVIEWERS BELIEF INMATE HAD RECEIVED GLASSES THE WERE OF BOTH PHOTOGRAY AND THAT FIT WITHIN THE PROVIDED FRAMES. THE MOST RESENT GLASSES AND ONLY GLASSES PROVIDED BY PLEASANT VALLEY STATE PRISON HEALTH CARE SYSTEM, WERE NOT IN THE MANNER AS REPORTED BY THE ANSWER OF THIS INMATES 1824, AS FILED, THE ONE AND ONLY GLASSES PROVIDED EITHER BY MISTAKE OR BY INTENT WERE AND ARE NOT PHOTOGRAY AND DO "NOT" FIT WITHIN THE FRAMES PROVIDED. THE OTHER MEDICAL REQUESTS WERE FULFILLED, AS STATED.

If you need more space, attach one additional sheet.

B. Action Requested: THAT I BE PROVIDED WITH A PAIR OF GLASSES THAT ARE NOT ONLY PHOTOGRAY BUT THAT ALSO FIT WITHIN THE FRAMES PROVIDED. SEE INMATE PROVIDED GLASSES PURCHASE ORDER. THANK YOU

Inmate/Parolee Signature: _Lonnie Le Poslof sr._   Date Submitted: 04/11/2007

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

MAY 02 2007

MAY 11 2007

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

See Attached 1824

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved: _____

Signature: _____ Title: _____ Returned: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

PLEASE REVIEW THE PROVIDED DOCUMENT FOR ONE SHOWING THAT THE GLASSES THAT WERE ORDERED DID "NOT" AND WAS "NOT" ORDERED WITH ANY FORM OF TINT OR PHOTO-GRAY TINTING AND AS IT IS THE VERY NEW PROVIDED GLASSES THAT ARE CLAIMED TO BE SUB-STANDARD AND FAILING TO FIT WITHIN THE PROVIDED FRAIMS FROM THE VERY DAY I HAD RECEIVED SAID GLASSES AND ME BY NOT RETURNING THEM IS NO SIGN THAT P.V.S.P. HAS PROVIDED THE CORRECT HEALTH CARE

Signature: _____ Date Submitted: 05/07/2007

Second Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 5/11/07    Due Date: 5/25/07

☒ See Attached Letter

Signature: _____ Date Completed: 6/11/07

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I HAVE BEEN PROVIDED WITH TWO MEDICATIONS PHENYTOIN AND NAPROXEN, AND PSYLLIUM, BUT THE REMAINING HAS BEEN WITHHELD, AND THE GLASSES PROVIDED ARE THE COMPLAINT TO START WITH, SUB-STANDARD, AND DO NOT STAY TOGETHER, AND ARE NOT CONDUCIVE TO MY CONDITION CAUSED BY THE LIGHT SENSITIVITY DUE TO MY HEADACHES AND MEDICATIONS, THAT WAS CLAIMED TO HAVE BEEN PROVIDED, AND AS PER THE LAW I AM AS PER THE LAW AND CDC THERE IS NOT REQUIRED TO PAY FOR ANY MEDICAL AID TYPE.

T H A N K   Y O U . . . . . . . . . .

SEE FIRST ANSWER OF THIS CDC 602 APPEALS FORM STATING WHAT WAS PROVIDED.

Signature: _____ Date Submitted: 06-25-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____

☒ See Attached Letter

Date: AUG 0 2 2007

CDC 602 (12/87)

*Answer out of context of claim*

REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

| Inmate: | POSLOF |
| --- | --- |
| CDC #: | T90225 |
| Appeal #: | PVSP-D-07-00646 |

**Attachment**

## REVIEWER'S ACTION

**TYPE OF ADA ISSUE**

☒ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)
  ☐ Auxiliary Aid or Device Requested
  ☒ Other: Issued photogray or tinted glasses that fit in the frame, receive standard medical care, medical equipment that is conducive to your medical condition, and medication.

☐ PHYSICAL ACCESS (Requiring structural modification)

**DISCUSSION OF FINDINGS:**

The appellant states he received substandard glasses that do not fit in the frame and the glasses were not photogray or tinted. The appellant states he was informed that because he did not have funds in his account, he would not receive tinted or photogray lenses. The appellant also states he needs his chronic care medication refilled. The appellant requests photogray or tinted glasses that fit in the frame, receive standard medical care, receive medical equipment that is conducive to his medical condition, and renewal of his chronic care medications.

| March 26, 2007 | A. DUENAS, M.D. |
| --- | --- |
| DATE INMATE/PAROLEE WAS INTERVIEWED | PERSON WHO CONDUCTED INTERVIEW |

**DISPOSITION**

➤ ☒ GRANTED ?  ☐ DENIED  ☐ PARTIALLY GRANTED

**BASIS OF DECISION:**

You were evaluated by A. Duenas, MD on March 26, 2007 and your unit health record was reviewed. On this date, your medication was renewed and a referral for service was completed for a colonoscopy. In review of your unit health record, you are classified as DPM under the Armstrong Remedial Plan. According to your unit health record, you received a new pair of eyeglasses with photogray lenses on March 1, 2007. Your request to receive medical care is granted in that the facility medical staff appropriately manages your medical concerns. Your request to receive medical equipment conducive to your medical condition is granted in that you are currently in possession of a cane to assist ambulating and prescription eyeglasses. At this time, there is no indication that additional medical equipment has been prescribed. You are currently prescribed Albuterol Inhaler, Duoneb Inhaler Solution, Neurontin 600 mg, Phenytoin 100 mg, Sumatriptan 50 mg, Simethicone 80 mg, Selenium Sulfide 2.5%, Naproxen 250 mg, and Psyllium Packet.

Considering the above information, your appeal is granted at the first level of review.

| DISPOSITION RENDERED BY: (Name) | DATE: | TITLE: | INSTITUTION FACILITY: |
| --- | --- | --- | --- |
| B. PRICE | | Medical Appeals Analyst | PVSP |

**APPROVAL**

| ASSOCIATE WARDEN'S SIGNATURE: | DATE SIGNED: |
| --- | --- |
| J. AHLIN, A.W. | 4-9-07 |

CDC 602 CONT'

SEC. H CONT;

as stated before the glasses and any adjustments to them may not be charged to an ada inmate.

and the medical here has controdicted from one answer to the next to attempt to confuse the reviewer.

double talk will not remove the fact the the glasses I need were and are not being provided, as well as my medical care is not conducive to federal law.

**411235**

## CHECK APPROPRIATE LENS STYLE AND ARTICLE (ONLY ONE)

| SINGLE VISION | BIFOCALS | | BIFOCALS |
|---|---|---|---|
| ☐ | ☑ Flat Top 28 / 35 | ☐ Progressive | ☐ Flat Top 7 X 28 / 8 X 35 |

| | SPHERE | CYLINDER | AXIS | DIST | PD NEAR | PRISM | BASE |
|---|---|---|---|---|---|---|---|
| DIST R | +050 | +025 | 005 | 67 | 60 | In__ Out__ | Up__ Down__ |
| DIST L | +050 | +025 | 165 | 67 | 60 | In__ Out__ | Up__ Down__ |
| NEAR R | 200 | | | | | In__ Out__ | Up__ Down__ |
| NEAR L | 200 | | 12 | | | | |

"Contact PIA Customer Service for information on any special order requests"
Phone (707) 454-3445, or Fax (707) 454-3214

| CR-39 (PLASTIC) | GLASS | POLYCARBONATE | HIGH INDEX | LENS COLOR | LENS COATING |
|---|---|---|---|---|---|
| CLEAR ☑ | CLEAR ☐ | CLEAR ☐ | CLEAR ☐ | PINK ☐ 1 2 3 | UV 400 ☐ |
| TRANSITIONS ☐ | PGX ☑ | TRANSITIONS ☐ | OTHER ☐ | GREY ☐ 1 2 3 | SCRATCH COAT ☐ |
| OTHER ☐ | OTHER ☐ | | | GREEN ☐ 1 2 3 | ANTI-REFLECT COAT ☐ |
| | | | | OTHER ☐ | |

| EYE SIZE | BRIDGE SIZE | TEMPLES | FRAME STYLE | FRAME COLOR | FRAME ENGL |
|---|---|---|---|---|---|
| 51 | 18 | 145 | Uptown | Mocha | YES ☐ NO ☐ |

**SPECIAL INSTRUCTIONS:** Clear

INSPECTED BY —

**PURCHASE ORDER NUMBER:** 37612221

**FOR DEPARTMENT OF CORRECTIONS ONLY**
**CDC #** T 90225

*PLEASE NOTE: State Law requires that this prescription be signed by a professionally trained and registered person. (Ophthalmologist, Optometrist or Registered Dispenser.)

**PROFESSIONAL SIGNATURE** [signature]   **DATE:** 12-26-06   **PHONE:**

**SHIP TO (No PO Box):**
PLEASANT VALLEY A432
EYE CLINIC   PRISON
24863 W JAYNE AVE
COALINGA CA 93210
559-935-4900
A432

**PIA**
Prison Industry Authority
(707) 454-3445
FAX (707) 454-3214

REVISED 7/04          LABORATORY COPY          411235

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

*TO APPEALS OFFICE*

RE: Screening at the FIRST Level

May 2, 2007

**POSLOF, T90225**
*DFB1T1000000113L*

Log Number: PVSP-D-07-00646
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You are requesting 2nd level review for your appeal. You need to complete section F and resubmit.*

R. Shannon/C. Hudson/H. Martinez
CCII, Appeals Coordinators/AGPA
PVSP

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

*Answer out of context of claim*

# CALIFORNIA DEPARTMENT OF CORRECTIONS
# PLEASANT VALLEY STATE PRISON-COALINGA

## SUPPLEMENTAL PAGE

**RE:** Appeal Log No. PVSP-D-07-00646
Second Level Response

Poslof, L., T90225

**APPEAL DECISION:** PARTIALLY GRANTED

**ISSUE APPEALED:** ADA

The appellant states he received substandard glasses that do not fit in the frame and the glasses were not photogray or tinted. The appellant states he was informed that because he did not have funds in his account, he would not receive tinted or photogray lenses. The appellant also states he needs his chronic care medication refilled.

**APPEAL RESPONSE:**

Your appeal was reviewed and given careful consideration by medical, administrative, and appeals staff. The first level of review was conducted by A. Duenas, MD, March 26, 2007, at which time your appeal was granted. The second level of review was conducted by F. Igbinosa, MD, Medical Director (A).

In your appeal, you request photogray or tinted glasses that fit in the frame, receive standard medical care, receive medical equipment that is conducive to his medical condition, and renewal of his chronic care medications.

Review of your medical record indicates you were evaluated by A. Duenas, MD on March 26, 2007 and your unit health record was reviewed. On this date, your medication was renewed and a referral for service was completed for a colonoscopy. In review of your unit health record, you are classified as DPM under the Armstrong Remedial Plan. According to your unit health record, you received a new pair of eyeglasses on March 1, 2007. Your request to receive medical care is granted in that your condition is appropriately managed by the facility physician. Your request to receive medical equipment conducive to your medical condition is granted in that you are currently in possession of a cane to assist ambulating and prescription eyeglasses. At this time, there is no indication that additional medical equipment has been prescribed.

You were interviewed by I. Hayden, Registered Nurse and J. Cassity, Office Technician on June 1, 2007 and during the interview, your new glasses were inspected and a determination was made that the lenses do not fit into the frame. A new referral for services was submitted for an Optometry Evaluation. Upon completion of the evaluation, the optometrist will make the determination is photogray lenses are medically necessary.

*? What to do with glasses*

Appeal Log No. PVSP-D-07-00646
Poslof, L., T90225
Page 2

You are currently prescribed Albuterol Inhaler, Duoneb Inhaler Solution, Neurontin 600 mg, Phenytoin 100 mg, Sumatriptan 50 mg, Simethicone 80 mg, Selenium Sulfide 2.5%, Naproxen 250 mg, and Psyllium Packet.

Considering the above information, your appeal is partially granted at the second level of review.

F. IGBINOSA, M.D.
Medical Director (A)

Date 6/11/07

J. AHLIN
ADA Coordinator
Associate Warden

Date 6-13-07

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS
**DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)**
CDC 1845 (Rev. 01/04)

CHECK ALL APPLICABLE BOXES

**THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B**

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| Poslof | T90225 | PVSP | D1-113L | 4/4/05 |

*Sections A - B to be completed by licensed medical staff.*

### SECTION A: REASON FOR INITIATION OF FORM
- [X] Inmate self-identifies to staff
- [ ] Third party evaluation request
- [X] Observation by staff
- [ ] Medical documentation or Central File information

### SECTION B: DISABILITY BEING EVALUATED
- [ ] Blind/Vision Impaired
- [ ] Speech Impaired
- [ ] Deaf/Hearing Impaired
- [X] Mobility Impaired

*Sections C - G to be completed by physician only.*

### SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT

1. [ ] **FULL TIME WHEELCHAIR USER - DPW**
   Requires wheelchair accessible housing and path of travel.

2. [X] **INTERMITTENT WHEELCHAIR USER - DPO**
   Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell.

3. [ ] **MOBILITY IMPAIRMENT - With or Without Assistive Device** (Wheelchairs shall not be prescribed) - **DPM**
   - Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause).
   - Requires lower bunk, no triple bunk, and no stairs in path of travel.

4. [ ] **DEAF/HEARING IMPAIRMENT - DPH**
   Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.

5. [ ] **BLIND/VISION IMPAIRMENT - DPV**
   Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).

6. [ ] **SPEECH IMPAIRMENT - DPS**
   Does not communicate effectively speaking or in writing.

### SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT

1. NO CORRESPONDING CATEGORY

2. NO CORRESPONDING CATEGORY

3. [ ] **MOBILITY IMPAIRMENT (Lower Extremities) - DNM**
   Walks 100 yards without pause with or without assistive devices.
   - [ ] No Housing Restrictions
   - [ ] See HOUSING RESTRICTIONS in Section E
   - [ ] Requires relatively level terrain and no obstructions in path of travel. **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SAC, SCC I or II, SOL, or SQ. (CDC 128-C: _____)

4. [ ] **HEARING IMPAIRMENT - DNH**
   With residual hearing at a functional level with hearing aid(s).

5. NO CORRESPONDING CATEGORY

6. [ ] **SPEECH IMPAIRMENT - DNS**
   Does not communicate effectively speaking, but does when writing.

### SECTION E: ADDITIONAL MEDICAL INFORMATION

**CSR ALERT:**
- [X] Requires relatively level terrain and no obstructions in path of travel
- [ ] Complex medical needs affecting placement   [ ] CDC 128-C _____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
- [X] Cane   [ ] Crutch   [ ] Walker   [ ] Leg/Arm prosthesis   [ ] Vest
- [ ] Other: _____   [ ] CDC 128-C(s) dated: _____

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
- [ ] Feeding or Eating   [ ] Bathing   [ ] Grooming   [ ] W/C transferring
- [ ] Toileting   [ ] Other: _____   [ ] CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**
- [ ] NONE _____ ; _____
  CODE   DATED   CODE   DATED

**HOUSING RESTRICTIONS:** [X] Lower bunk  [X] No stairs  [X] No triple bunk. CDC 128-C(s) dated: _____

### SECTION F: EXCLUSIONS

- [ ] **VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED:** My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____).
- [ ] **REMOVAL FROM A DPP CODE:** Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)
- [ ] **REMOVAL FROM ENTIRE PROGRAM:** Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

### SECTION G: EFFECTIVE COMMUNICATION FACTORS

- [ ] Uses Sign Language Interpreter (SLI)   [ ] Reads Braille   [ ] Communicates with written notes   [ ] Requires large print or magnifier
- [ ] Reads lips   [ ] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

_____

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE | DATE SIGNED |
|---|---|---|
| T. Kim MD | [signature] | 4/4/05 |
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED |
| C. Bresler | [signature] | 4/15/05 |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional mail, and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

DISTRIBUTION: **Original** - Top General Chrono Section of C-File;   **Green** - Chrono Section, Unit Health Record   **Canary** - C&PR/CC-III;   **Pink** - CC-I;   **Gold** - Inmate

| DATE | TIME | |
|---|---|---|
| 05/20/03 | | S) BP 105/76  PR 66/min  RTC request for SZ medication adjustment  pt on Phenytoin 300mg BID and Gabapentin  600mg BID, pain due to back injury  Hx of stroke in 1984 + aneurysm of brain  O) Alert  lung OK  A) Seizures  back pain  P) D/C Phenytoin 300mg q PM  Add Phenytoin 200mg PO BID x 30 days  Blood level of Dilantin in 2 wks  D/C Gabapentin 600mg PO BID  Add Gabapentin 600mg PO BID  Naprosyn 500mg BID x 30 days  Chem 20, CBC, ESR, UA  X-ray of lumbar & sacral spine  F/U in clinic c̄ lab report back  Deutschmann, MD |

**PHYSICIAN'S PROGRESS NOTES**

C 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

ROOM NO. B-1266

Poslof
T 90225

# CALIFORNIA DEPARTMENT OF CORRECTIONS
# PLEASANT VALLEY STATE PRISON-COALINGA

## SUPPLEMENTAL PAGE

**RE:** Appeal Log No. PVSP-D-04-03006B
Second Level Response

Poslof, L., T-90225

**APPEAL DECISION:** CANCELLED

**ISSUE APPEALED:** ADA

Appellant states he has a seizure disorder and is unable to use his right hand due to weakness and lacking control of his left leg when walking. He claims he is being excluded from all work programs and staff refuse to administer prescribed medications.

**APPEAL RESPONSE:**

Your appeal was reviewed and given careful consideration by medical, administrative, and appeals staff. The first level of review was conducted by D. Stout, Facility Captain (A), at which time your appeal was partially granted. The second level of review was conducted by P. Bresler, M.D., Chief Medical Officer (A).

This appeal was split to address classification issues and medical issues. This response will only deal with medical issues.

In your appeal, you request staff be advised to always administer inmates' prescribed medications.

On February 15, 2005, you refused to be seen and interviewed for the purpose of this appeal. In accordance with the California Code of Regulations, Title 15, Section 3084.4, Appeal System Abuse, (d) Lack of cooperation. An appellant's refusal to be interviewed or cooperate with the reviewer shall result in cancellation of the appeal.

Considering the above information, your appeal is cancelled at the second level of review.

_____     2/25/05
P. BRESLER, M.D.                   Date
Chief Medical Officer (A)

_____     2-28-05
R. H. TRIMBLE                      Date
ADA Coordinator
Associate Warden