# LOMA LINDA UNIVERSITY MEDICAL CENTER
## DEPARTMENT OF RADIATION SERVICES

183A-040789

| AGE | DATE OF BIRTH | SEX | EXAMINATION(S) REQUESTED | | DATE OF REQUEST |
|-----|---------------|-----|--------------------------|---|-----------------|
| 32 | 06/03/56 | M | SKULL LIMITED | | 07-Apr-89 |
| PROVISIONAL DIAGNOSIS, PERTINENT HISTORY, OR CLINICAL DATA | | | | ATTENDING PHYSICIAN | RESIDENT |
| METAL CLEARANCE FOR MRI STUDY | | | | CLARK, LAWRENCE | |

POSLOF, LONNIE   00 76 18 21

SKULL, LIMITED:   07 APRIL 89

The bony calvarium is intact without evidence of fracture or focal destruction. The sella turcica is of normal size and contour. There is calcification in the region of the petroclinoid ligaments. No other intracranial calcifications can be outlined. There is no evidence of postsurgical change or metallic intracranial foreign material. The sphenoid and other visualized paranasal sinuses appear clear.

IMPRESSION: Normal limited study of the skull.

4/7 - 4/9   djl

signed by: DONALD D. SAUSER, M.D.

DDS/djl

0409-1203

LOMA LINDA UNIVERSITY MEDICAL CENTER
**RADIOLOGY CONSULTATION**

PATIENT IDENTIFICATION

POSLOF, LONNIE
PT#: 007618210001
LOC: 720601

**LOMA LINDA UNIVERSITY MEDICAL CENTER**
**DEPARTMENT OF RADIATION SERVICES**

77A-040789

| AGE | DATE OF BIRTH | SEX | EXAMINATION(S) REQUESTED | DATE OF REQUEST |
|---|---|---|---|---|
| 32 | 06/03/56 | M | MRI HEAD | 07-Apr-89 |

| PROVISIONAL DIAGNOSIS, PERTINENT HISTORY, OR CLINICAL DATA | ATTENDING PHYSICIAN | RESIDENT |
|---|---|---|
| RIGHT INTRACEREBRAL-PARIETAL LESION | CLARK, LAWRENCE | |

POSLOF, LONNIE    00 76 18 21

MAGNETIC RESONANCE IMAGING OF THE HEAD:  April 7, 1989

HISTORY:  The patient is a 32-year-old white male with a 24 hour history of left facial weakness, drooling, left arm and left leg weakness.  He denies tonic clonic seizures.  He does complain of headaches.  The patient has had a history of head trauma approximately one year ago when he was hit in the right temporal region.  Head CT scan demonstrated a right cerebral hemorrhage with minimal edema.  MR of the head has been requested for evaluation of the right frontoparietal region.

PROCEDURE:  Utilizing the 1.0 Tesla Siemens Magnetom, spin echo and gradient echo images of the head were obtained.  The first set of spin echo images was obtained in the axial plane with a TR of 2.5, TE of 25/90, with 6 mm thick sections, and a 40% gap.  The second set of spin echo images was obtained in the sagittal plane with a TR of 0.5, TE of 20, with 6 mm thick sections, and a 40% gap.  Three gradient echo images (FLASH 60) were obtained through the intraparenchymal hematoma in both the axial and coronal plane with a TR of 0.3, TE of 11, and with 7 mm thick sections.  Following IV administration of gadolinium, axial and coronal images were obtained with a TR of 0.5, TE of 20, with 6 mm thick sections, and a 40% gap.  This is the patient's first MR of the head at LLUMC.  The images are of good diagnostic quality.

FINDINGS:  The fourth, third, and lateral ventricles appear normal in size and configuration.  The cisternal spaces are maintained. Cerebral sulci are not widened.

A focal 2 cm mass with areas of high and low signal intensity with T2 weighting is noted in the deep right frontoparietal lobe just superior and lateral to the right basal ganglia and involving the right external capsule.  This lesion has areas of high signal intensity with T1 weighting in the most inferior aspect.  There are areas of T2 lengthening surrounding these areas consistent with vasogenic edema.  There is slight local mass effect although

Page 1

LOMA LINDA UNIVERSITY MEDICAL CENTER
**RADIOLOGY CONSULTATION**
Loma Linda, California 92354 • Tel. (714) 824-4356

0412-1620

PATIENT IDENTIFICATION
POSLOF, LONNIE
PT#: 007618210001
LOC: 720601

**LOMA LINDA UNIVERSITY MEDICAL CENTER**
**DEPARTMENT OF RADIATION SERVICES**                    77A-040789

| AGE | DATE OF BIRTH | SEX | EXAMINATION(S) REQUESTED | | DATE OF REQUEST |
|---|---|---|---|---|---|
| 32 | 06/03/56 | M | MRI HEAD | | 07-Apr-89 |
| PROVISIONAL DIAGNOSIS, PERTINENT HISTORY, OR CLINICAL DATA | | | | ATTENDING PHYSICIAN | RESIDENT |
| | | | | CLARK, LAWRENCE | |

RIGHT INTRACEREBRAL-PARIETAL LESION

there is no significant distortion of the right lateral ventricle. There is minimal enhancement following IV administration of gadolinium. A small vessel with signal void is noted to traverse along the medial aspect of this mass leading into the ependymal surface of the right lateral ventricle. There is increase in signal intensity with gradient echo images suggesting flow through this vessel. There is also appreciable enhancement with gadolinium, suggesting slow flow.

No other focal areas of high or low signal intensity with T1 or T2 weighting is seen.

Patchy opacification of both ethmoid sinuses is noted.

IMPRESSION: 2 cm subacute intracranial hematoma in the deep right posterior frontal lobe, as described, with surrounding vasogenic edema. Associated small vessel traversing along the medial aspect to the ependymal surface of the right lateral ventricle. These findings are suggestive of hemorrhage from an arteriovenous malformation with visualization of part of the venous flow draining to the ependymal vein on the right. Intratumoral hemorrhage is not excluded.

Ethmoid sinusitis.

4/11-4/11 dsc

signed by: VIVIEN C. WONG, M.D.
reviewed by: DAVID B. HINSHAW, JR., M.D.

VCW/dsc

Page 2

LOMA LINDA UNIVERSITY MEDICAL CENTER
**RADIOLOGY CONSULTATION**

0412-1620

PATIENT IDENTIFICATION
POSLOF, LONNIE
PT#: 007618210001
LOC: 720601

LOMA LINDA UNIVERSITY MEDICAL CENTER
DEPARTMENT OF RADIATION SERVICES

14A-041089

| AGE | DATE OF BIRTH | SEX | EXAMINATION(S) REQUESTED | | DATE OF REQUEST |
|---|---|---|---|---|---|
| 32 | 06/03/56 | M | CEREBRAL 3-4 ARTERIES 1 RUN | | 10-Apr-89 |

| PROVISIONAL DIAGNOSIS, PERTINENT HISTORY, OR CLINICAL DATA | ATTENDING PHYSICIAN | RESIDENT |
|---|---|---|
| | CURTIS, BRIAN | |

THALAMIC REGION CAVERNOUS HEMONGIOMA

POSLOF, LONNIE  00 76 18 21

RIGHT INTERNAL, LEFT COMMON AND LEFT VERTEBRAL ANGIOGRAM: 10 APRIL 89

CLINICAL HISTORY: This 32-year-old male has a long history of right facial numbness, vertigo, and headache with anxiety attacks. Approximately one year ago he hit the right temporal region with a sledge hammer. On April 6, 1989, he presented with a less than 24 hour history of left facial numbness, left upper extremity and left lower extremity weakness. An outside CT showed a 2cm high attenuation lesion in the right basal ganglia region. A follow-up MRI at LLUMC showed T2 and T1 shortening with a surrounding area of lengthened T2. Angio is requested to evaluate for possible AVM.

PROCEDURE: Following informed consent obtained from the patient, the patient was given 5mg p.o. Valium, 10mg IM Decadron and 0.4mg IM Atropine. The right femoral artery was then cannulated under local anesthesia utilizing the Seldinger technique. A 6 Fr HT1 catheter was then advanced into the right internal carotid artery where AP and serial lateral views of the cerebral circulation were obtained. The catheter was then advanced into the left common carotid artery where AP and lateral views of the cerebral circulation were obtained. Finally, the catheter was placed into the left vertebral artery and Towne and lateral views of the posterior circulation were obtained. The images are filmed with approximately 2-1 magnification technique. The patient tolerated the procedure with mild discomfort. He received approximately 120cc of Omnipaque 300.

FINDINGS: There is minimal irregularity of the distal cervical portion of the right internal carotid artery. Its petrous, cavernous, and supraclinoid portions appear unremarkable. There is opacification of the left A1 and M1 segments as well as the right middle and right anterior cerebral arteries. There is faint opacification of the left anterior cerebral. There is mild mass effect on the anterior branches of the right middle cerebral

Page 1

LOMA LINDA UNIVERSITY MEDICAL CENTER

0411-2029  RADIOLOGY CONSULTATION

PATIENT IDENTIFICATION
POSLOF, LONNIE
PT#: 007618210001

D:4-24-89   T:04-26-89   #791

DATE OF SURGERY:   4-17-89

OPERATING SURGEON:   MAGED ABU-ASSAL, M.D.
FIRST ASSISTANT:   BRIAN CURTIS, M.D.

POSTOPERATIVE DIAGNOSIS:   Cavernous hemangioma, deep right fronto-parietal white matter adjacent to the thalamus and internal capsule.

OPERATION PERFORMED:   Right frontal craniotomy, transopercular, transsulcus approach to deep cavernoma; complete excision of cavernous hemangioma. Microscope used.

ANESTHESIA:   General endotracheal.
INCISION:   Curvilinear frontotemporal.

FINDINGS: Ultrasound was utilized to localize the lesion. Deep sulcus overlying the lesion was identified. This was in the inferior frontal gyrus and was one of the opercular frontal sulci. A 1 cm incision was made at the depth of the sulcus and the cavernoma was found approximately 1.5 cm below the sulcus. The cavernoma was completely removed. The patient tolerated the procedure well. The brain was soft at the end of procedure.

OPERATIVE PROCEDURE: The head was shaved, prepped and draped in the usual sterile manner. The patient was positioned utilizing Mayfield tongs. The incision was made as noted above. Subperiosteal flap was turned. Using the craniotome, rectangular bone flap was turned. The dura was opened in U shaped fashion tethered superiorly. Before opening the dura, the ultrasound was utilized to localize the lesion and the dura opened over the appropriate location. After opening the dura, ultrasound was once again utilized to localize the closest approach to the lesion through an overlying sulcus. Once this was identified, the microscope was brought into the field and the sulcus was opened. Vessels in transit were spared. At the depths of the sulcus, 1 cm cortical incision was made. A Greenberg retractor was utilized, single blade along the frontal aspect of this opening for gentle retraction. The lesion was identified. It was well defined, round lesion, consisting of sinusoids, some of which were thrombosed, others flowing. There were multiple very small low flow feeders especially along the posterior and mesial aspect of the lesion. The lesion drained into dilated vein that was draining cortex and proceeding towards the thalamus in a region consistent with that of the thalamus triad vein. The lesion was completely circumscribed. It was removed in toto. Anteriorly it consisted of liquid and solid blood clot. The small venous attachment to the large vein mentioned above was coagulated. After this, hemostasis was ascertained utilizing bipolar coagulation and Gelfoam placement. Irrigation returned clear. The wound was thoroughly irrigated. The dura was closed in water tight fashion. The bone flap returned in place with #00 silk. The soft tissues were reconstructed with 000 Vicryl. A subperiosteal medium

OPERATIVE RECORD

POSLOF  LONNIE

Constavac was placed and brought out through separate stab wound and anchored in place with 000 silk. The skin was closed with staples. The usual neurosurgical head wrap was applied.

SPECIMENS REMOVED: Vascular malformation, cavernoma.
POSTOPERATIVE CONDITION: Stable.
PROGNOSIS: IMMEDIATE AND REMOTE: Guarded.
DRAINS AND PACKS: Medium Constavac.
MONITORING DEVICES: Radial arterial line.
ESTIMATED BLOOD LOSS: 100 cc.
BLOOD ADMINISTERED: None.
CLASSIFICATION OF WOUND: Clean - other.
DURATION OF SURGERY: 3.5 hours.


MAGED ABU-ASSAL, M.D./dwrj
OPERATING SURGEON

P:2   Disk# D177

CHART

LOMA LINDA UNIVERSITY HOSPITAL
SURGICAL PATHOLOGY SERVICE
LOMA LINDA, CA 92354

TISSUE EXAMINATION

Rodney E. Willard, M.D.
Director of Laboratories

SPEC. NO.: 89MS02566

NAME: POSLOF, LONNIE        Sex: M
DOB/Age: 06/03/56    Accessioned: 04/17/89    Pt.No.: 761821

Copies to: Abu-Assal/nhp

DIAGNOSIS:

BLOOD CLOT AND CONNECTIVE TISSUE CONSISTENT WITH MENINGES AND/
OR NEOMEMBRANE

PAS 8

(2 micro slides read)

Code:       T-X2000, M-35000

Specimen stated to be:

Right frontal brain tumor

Description:

Two gray-tan irregular tissue fragments total 1.4 grams and measure
1.1 x 0.4 x 0.2 cm and 1.9 x 1.1 x 0.9 cm.  (Te, 2 caps.)
rh

Sections show fibrin blood clot partially surrounded by dense
connective tissue and thin-walled blood vessels associated with
pigment-laden macrophages and mild chronic inflammation.  There is
no evidence of neoplasm on this examination.
nhp

PATHOLOGIST: N.H. Peckham, M.D.
Rm.No.: 6211 Completed: 4/19/89           p. 1 of 1 ms/db

noted.

DIAGNOSTIC DATA: CT head scan from Joshua Tree, apparently precontrast, shows a right frontoparietal intracerebral hemorrhage with minimal edema noted surrounding it. There is no evidence of herniation. There is very mild effacement of the right lateral ventricle.

IMPRESSION:
1. Right frontoparietal lesion.
   a. Rule out arteriovenous malformation.
   b. Rule out primary glioma.
   c. Rule out melanoma.
2. Possible seizure disorder.

PLAN:
1. Neurosurgical admission.
2. Magnetic resonance image scan.
3. Decadron.
4. Dilantin loading and maintenance.
5. Further evaluation and treatment pending the patient's clinical course.

LAWRENCE CLARK, M.D.   (H)/dwrg

MAGED ABU-ASSAL, M.D.
ATTENDING PHYSICIAN

P:1   Disk#: D133
cc:   Dr. Sam Wilson
      High Desert Hospital
      Joshua Tree, California

HISTORY AND PHYSICAL EXAMINATION

LOMA LINDA UNIVERSITY MEDICAL CENTER

POSLOF, LONNIE
76 13 21

# COALINGA REGIONAL MEDICAL CENTER
1191 Phelps Avenue     Coalinga, CA 93210     559/935-6435

### RADIOLOGY REPORT   T90225

| | |
|---|---|
| Patient's Name: | Poslof, Lonnie (M) |
| Date of Service: | 04-05-05 |
| Date of Birth: | 06-03-56 |
| X-ray #: | 49526 |
| MR#: | 0242728 |

To: Dr. Sacks / Kim
Pleasant Valley State Prison
Attn: Medical Facility
PO Box 8500
Coalinga, CA 93210

**Procedure:** *CT Scan of the Head with and without Contrast, Reconstruction*

**Indication:** Uncontrolled seizure, status post brain surgery.

**Protocol:** Serial axial computed tomographic scans are obtained of the head from the foramen magnum to the vertex before, and following intravenous administration of radiographic contrast material. The images are presented at 4mm and 6mm intervals. Retro reconstruction images in bone algorithm of the post contrast scan are presented in axial planes.

**Comparison:** None available.

**Findings:** Postsurgical changes from right craniotomy are noted. Areas of CSF attenuation are visible in the right temporal lobe and right parietal lobe adjacent to the craniotomy. The CT appearance is consistent with encephalomalacia. There is no CT evidence for acute intracranial hemorrhage, mass effect, abnormal attenuations, or abnormal contrast enhancements. The regions of the internal auditory canals appear unremarkable.

**Impressions:**
1. Status post right craniotomy.
2. Two areas of encephalomalacia in the right temporal lobe and right parietal lobe adjacent to the craniotomy.
3. Negative for intracranial mass or hemorrhage.

Thank you for the opportunity to assist you with the care of your patient.

Mario Deguchi, M.D.
Diplomate of the American Board of Radiology
MD:kw
dd:   04-05-05     dt:   04-05-05

## CAUSE

The cause of this disease is unknown. Evidence suggests it is caused by an autoimmune reaction because researchers have discovered antibodies and white blood cells that are active against myelin. Some researchers suspect a virus triggers this pathological immune response.

## DIAGNOSIS

The diagnosis of multiple sclerosis depends upon the patient's history of disease, neurological examination, and/or other tests. There are no typical clinical findings in multiple sclerosis because almost any area of the central nervous system that contains myelin may be affected. MS sufferers usually have complaints that indicate malfunction in several different places in the CNS. Often, these problems appear and then vanish without any clear instigating factors. Common symptoms include:

- Loss of vision in one eye or double vision
- Loss of coordination and trembling of a hand
- Instability in walking and spasticity
- Loss of bladder control (incontinence or inability to void)
- Peculiar, spontaneous, nerve sensations such as a pins-and-needles feeling over part of the body (paresthesias)

In the early stages of MS, there may be only occasional symptoms. A physical examination at this time may appear to be completely normal and the patient's complaints dismissed as "psychosomatic" or "hysterical." As time passes, the recovery between attacks becomes less and less complete, leaving people progressively disabled.

Confirmatory tests include an MRI scan to search for lesions that indicate myelin destruction, spinal taps to examine cerebrospinal fluid and evoked potential studies to demonstrate dysfunction in CNS nerve pathways.

## TREATMENT

While there is no cure for MS, the severity of attacks may be lessened by drugs that suppress inflammation (prednisone and ACTH) or blunt immune response (cyclophosphamide). Beta-interferon (Beta-seron) has been approved to treat a particular form of multiple sclerosis: Administered consistently even during remission, it slows the disease's progression and reduces the frequency of attacks. Beta-interferon is less effective in the steadily progressive form of MS. Physical therapy and rehabilitation are important in controlling symptoms and adapting to disability.

## BRAIN TUMORS

The two major categories of brain tumor (those that develop in the brain) and me originating elsewhere in the body but spr brain secondarily). Both classifications inc ferent types of tumors, each with a uni and individualized treatment.

Almost nothing is known about the cau brain tumors. While the prognosis for the usually bleak, some tumors can be cured conditions, hereditary factors do not appea nificant role.

## DIAGNOSIS

Brain tumors can occur at any age and diverse symptoms relatively independent tumor type. When the tumor increases pr brain within the skull, victims may suffe blurred vision, vomiting, and mental dullir signs of brain dysfunction may occur wl destroys or compromises areas of the bra late specific functions, such as languag motor control.

Laboratory tests can determine the locati extent of a brain tumor. These tests are also out other diseases that cause many of the toms, such as stroke, subdural hematoma (a beneath the outer meninges usually caus trauma), and infections. There is universa that computerized imaging of the brain x-rays or magnetic resonance of brain mok most valuable laboratory aid.

Computerized tomography (CT) uses a reconstruct cross-sectional images of the b ing both normal and abnormal structures can be enhanced by injecting a contrast ag bloodstream, which concentrates in or ot tumors. CT is relatively fast and can l patients who require ventilator support (c metallic prostheses). MRI reconstructs pictu structures from a complex analysis of the and magnetic fields of brain tissue molecule images created by MRI are similar to thos may display structures in more detail. Beca ates an image based on magnetic propert specifically identifies certain brain tumo (although in certain instances CT is preferr diagnostic tests include electroencephalogr which measures the electrical activity of th assists in the location of seizure activity or cerebral angiography, an x-ray examinatio nial blood vessels able to define the blood tumor.

...te or so. Afterward, the patient will be confused, ...py, and uncooperative for 15 minutes to several ...rs before full recovery.

**...omplex Partial Seizures, or Psychomotor ...cks:** usually a consequence of electrical discharges ...ving the temporal lobe of the brain and varying con-...ably in their manifestations. Often the person expe-...ces a warning, known as an aura, caused by the ...t of seizure activity. The aura may be expressed as a ...ieting sense that something is about to happen, or ..., an unpleasant smell, abdominal sensation, or dis-...on in perception. Following the aura, consciousness ...pressed, speech ceases, and the person performs ...matisms—automatic movements such as chewing, ...itive swallowing, fidgeting of the hands, or pur-...ess moving from place to place. After the attack, ...person suffers momentary confusion and cannot ...ember details of the episode.

**...ple Partial Seizures:** caused by seizure dis-...es affecting sections of the motor or sensory areas ...e brain. In Jacksonian seizures (named for John ...lings Jackson, the great English neurologist who ...described them), hand or facial muscles on the side ...e body opposite to the side of the brain showing ...mal electrical activity begin jerking movements. ...e fibers controlling one side of the body originate ...e opposite side of the brain and cross to the other ...s they traverse the brain stem and extend into the ...)

...E

...rch has not disclosed why neurons discharge ...sively, although some people apparently inherit a ...position to develop a form of epilepsy. In others, a ...injury scars in the brain are associated with sei-...s. Brain tumors and strokes also account for a small ...er of cases. But in half the people with chronic epi-..., the cause is unknown. In these individuals, sei-...typically begin early in life, usually before the age ... and continue for many years.

...NOSIS

...e with epilepsy need a careful physical examination ...eurologist, including a detailed seizure history. An ...oencephalogram (EEG), measuring the electrical ...y of the brain, is done in every case to document ...fine the nature of the electrical disturbance. Both a ...uted tomographic (CT) brain scan and magnetic res-...e imaging (MRI) can provide useful information ...the brain. (See "Brain Tumors" in this chapter.) The ...t may also undergo blood tests and a lumbar punc-...o obtain cerebrospinal fluid for analysis.

TREATMENT

**Drugs.** The vast majority of patients must take anticonvulsant drugs to control their condition. In general, carbamazepine (Tegretol), phenytoin (Dilantin), or phenobarbital is prescribed for partial and generalized tonic-clonic seizures, while valproate (Depakote) or ethosuximide (Zarontin) is appropriate for absence attacks. Several new drugs are undergoing clinical testing, and approval for use is anticipated. One recently approved drug, sabapentin (Neurotonin), is indicated for simple and complex partial seizures, or secondarily generalized seizures. Treatment with these drugs is tailored to each individual, and sometimes combinations of these medications (as well as others) are necessary.

**Surgical Treatment.** Some people whose seizures cannot be controlled with medication find relief after surgical removal of abnormal tissue initiating the seizure activity. Before surgery, a team of neurologists, surgeons, psychologists, radiologists, and technologists evaluate the patient's condition and define the location of abnormal tissue. The goal is to minimize risk to healthy regions of the brain during surgery.

**Lifestyle Changes.** Epilepsy is a chronic illness that requires accommodations in lifestyle even though medication allows the vast majority of people with epilepsy to live normal lives. Children can participate in sports with only minimal restrictions. Safety through careful supervision is still necessary. Adults can continue working, although those with active seizures must not drive, work at exposed heights, or operate dangerous machinery. Driving restrictions may not be necessary if someone with epilepsy demonstrates an extended period of seizure control through treatment. (Additional information about available services, education, and employment is available from the Epilepsy Foundation of America, listed in appendix B, Directory of Health Organizations and Resources.)

## MULTIPLE SCLEROSIS

### DEFINITION

Multiple sclerosis (MS) is a disease that destroys myelin, an insulating material that coats nerve fibers and is necessary for normal electrical conduction in the nervous system. As a result of this disease, an electrical short circuit inhibits normal electrical impulses from being conveyed by the nerves. Symptoms depend upon where in the brain or spinal cord the myelin is destroyed. Myelin has some regenerative ability. In MS, repeated incidents of inflammation cause scarring (sclerosis) and permanent abnormal function.

| DATE | TIME | |
|---|---|---|
| 1/2/05 | | Social Hx |
| | | Smoking – 5 cigarettes x 36 yrs. |
| | | ETOH – denies |
| | | Illicit drugs – denies |
| | | |
| | | Sx – (R) upper Sx – mass removed craniotomy 1989 |
| | | PMHx: Cushing DO |
| | | Bladder Sx 2° tumor 1995 |
| | | Cystoscopy w/ Resection |
| | | last cystoscopy |
| | | |
| | | Meds: Naproxen |
| | | Dilantin |
| | | Neurontin |
| | | |
| | | ROS: ⊕ wt. loss, no CP, no SOB |
| | | difficulty walking long distance, no Hematuria |
| | | O: uses a straight cane |
| | | limping on (R) LE |
| | | |
| | | BP = 119/78   P = 80   R = 18 |
| | | T = 93 |
| | | HEENT: no cervical LAD, no thyromegaly |

INSTITUTION: MVSP
HOUSING UNIT:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
Floyd
POSLOF, L
T-90225

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                           DEPARTMENT OF CORRECTIONS

| DATE | TIME | H & P.E |
|------|------|---------|
| 2/05 |      | S → 48 y.o. white male c/ Hx. of Seizure D.O. since 1989 2° Brain Hemorrhage s/p craniotomy Loma Linda Hosp. with associated (L) sided weakness, DJD, B. asthma since childbirth.

Presently, feels crappy - disoriented says his vision is messed up at times. Canisters - one lasts 3 weeks. Night time awakening 2-3x/week.

Last seizure episode 2 days ago - described as can't move, sees flashing light - denies grand mal seizure now. Unable to get medicine from yard clinic because it is difficult for him to walk.

Misses meals because hard for him to walk to dining.

Low back pain for a while & L hip pain and lower leg.

Allergies: NKDA |

INSTITUTION: PVSP
HOUSING UNIT: FIO-((?))
CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
T-90225
POSLOF, L

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|---|---|---|
| 4/5/03 | | S - CBC Chem 20 OK<br>dilantin level just back<br>O - Rx reviewed<br>A - Seizure disorder<br>LBP (x-ray shows slight osteophyte)<br>P - Cons only<br>Repeat dilantin level |
| 7-31-03 | 1131 | BP 98/70  P 84  R 16  T 96.6<br>He came in for refill of his meds.<br>particularly neurontin.<br>- he has involuntary movement of his left<br>leg without neurontin. |

INSTITUTION | PHYSICIAN | ROOM NO. B,124 | CDC NUMBER, NAME (LAST, FIRST, MI) Poslof T90225

PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

EMERGENCY DEPARTMENT REPORT AUXILIARY COPY

NAME: dictated

4/6/89   3240 WO

1 yr ago sledgehammer (R) temple
intermittent (R) facial numbness, vertigo, headache
irritability, hyperexcitable, hyperirritable (2x/month)
now x 4hr hx (R) facial weakness, drooling
& (L) arm > (L) leg weakness
no tonic/clonic seizure, no fever,
no extremity numbness, c/o headache

PHx - surgery - vasectomy '88   med - [crossed out]
meds - [crossed out Tegretol 800mg Mysoline 750mg] none
allergies - NKA   meds - ∅

PEx - alert oriented, cooperative PERRL, EOM intact
fundi - no papilledema  TM - clear  nose/throat clear
neck - supple, full ROM  lungs - clear  heart - RRR
abdomen - soft active BS  ext - full ROM
skin - no nevi  back - non-tender
NEURO - MS - alert, oriented, cooperative  CN -
VF full, EOM intact, TM clear  facial sensation - preserved
CT - (R) central  ↓ lower (R) facial movement other cranial nerves preserved
hemorrhage c minimal   motor - (L) hemiparesis 4/5  sensation - preserved
edema  reflexes - diffuse hyperreflexia (L) clonus, & heel
no Babinski  cerebellar - to (L) side

Imp - (R) frontoparietal lesion  R/O AVM  R/O glioma
R/O melanoma
(R) possible seizure disorder
Plan - neurosurgery consult, MRI, Decadron

| | |
|---|---|
| A = Alert | D = [redacted] |
| O = Oriented | L = [redacted]rgic |
| C = Confused | Ct = Comatose |
| R = Restless | P = Paralyzed (med. induced) |

| | |
|---|---|
| | Responds Verbally |
| | Moves to Command |
| 3 = | Withdraws to Pain |
| 4 = | Responds to Deep Stimuli |

| | |
|---|---|
| 5 = | Decorticate (Flexion) |
| 6 = | Decerebrate (Extens[ion]) |
| 7 = | No Response |

ALLERGIES: NKA.   PREOP B.P 120/70   SURGICAL PROCEDURE: ® Fronto-parietal craniotomy č tumor resection

Date: 4-17-89   Recovery Discharge Time: 1510

NURSING NOTES: ① Drowsy, moving all extrem strongly ② eye, arm & leg slt weaker than ® side Neuro to be notified. Verbalizing clearly, [appropri]ately, states sensations intact bilat. Ø seizures. PERL Head dsg dy/intact č constr[icting] presently to gravity, skin w/ [norm]al turgor. Color pink. PET < 3sec. EKG showing NSR č ectopy. ® radial A-line č gd wave form. O₂ S[a]t [good]. Lung fields clear. On pulse oximeter. Foley cath draining clear yellow urine. ® + ① EJ IVs č Nor[mo]sol @ 100cc/hr continued. ② MS 3mg IVP ③ MS 2mg IVP ④ [restless] č freq c/o pain & thirst. Wet swab given. ⑤ MS 3mg IV ⑥ Remains restless č frequent requests, will try loose on arm etc. – HOB ↑ 15° ⑦ MS 2mg IV ⑧ Dr Abu Assal notified of [left] ⑨ [left] sided weakness. States "weakness present pre-op". No changes in ① Sign out given by anesthesia. Oxygen d/c. Sat stable 99-100% on room air. ⑩ Report called to U7 200. Pt awake & continues to request very frequent care. Reassurance given. Awaiting stable Head dsg dy/intact. Ø [bleed] on ⑪ Transporting to floor acc by [RN]. Transport monitor on. ⑫ To 7204 č incident. [signature]

R.N. Signature (Initials): [signatures]
R.N. Signature (Initials):

Lab drawn: (time) 1330 CBC lytes
X-rays taken: (time)

D.C. NOTE: VSS Awake alert 14'30 De hy fluid [signature] 89 McIn[ty]re M.D.

Appt. Made ☐ Yes ☐ No   Instructions Given ☐ Yes ☐ No   Rx Filled ☐ Yes ☐ No
☐ Pt./so verbalizes instructions understood
Discharged Via: ☐ Wheelchair ☐ Bed ☐ Gurney ☐ Other: ____
Accompanied by ____

| | IV | Blood | EBL | Urine |
|---|---|---|---|---|
| OR | 2400 | | 200 | 2000 |
| Recovery | 350 | | Ø | 175 |
| Total | 2750 | | 200 | 2175 |

,6211
00761821  0001  ABU:ASSAL, M
[POSLOF]. LONNIE L

TIME: 1320 1325 1330 1345 1400 1415 14[30] 1445 1450

TEMP: 97.9 [at 1320], 99.2 [at 1430]

O₂ Sat %: 100% 100% 100% 100% 100% 100% 100% 98%

LOC: D,O / R / A / A / A / A
RESPONSES: 1,2
Size. Reaction R: 3/2 ... 3/2
Size. Reaction L: 2/2 ... 3/2

R-REGULAR   S-STRONG   W-WEAK   D-DOPPLER   A-ABSENT   N-SEE NOTES

R: S
L: W - see notes
R: S
L: W - see notes

Radial/Apical: S/R
Dorsalis Pedis: R L R L R L R L R L R L R L R L
deep, reg, equal without effort: ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓

DB-DEEP BREATH   C-COUGH   S-SUCTION

THERAPY
OXYGEN L MIN FiO₂: 5 L n/c ... d/c
VENTILATOR Parameters: FiO₂ -   V_T -   IMV/BUR -   PEEP -   V_pat
VENTILATOR Changes:

LOCATION: D-DRY/INTACT   C-CHANGED   R-REINFORCED
head: D/I   D/I   D/I   D/I   D/I

SITE   C-CLEAR   R-REDDENED   I-INFILTRATED
U FA: C  C  C  C  C
L FA: C  C  C  C  C

BLOOD
D[M/]R
Normosol 900 ... 700 ... 200
Normosol 700 ... 550 ... 150
URINE VOL: 120 ... 55 ... 175



PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone: (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Rachel Farbiarz
Brittany Glidden
Penny Godbold
Megan Hagler
Alison Hardy
Millard Murphy
Sara Norman
Judith Rosenberg
Zoe Schonfeld
E. Ivan Trujillo

11/29/2006

Lonnie Lee Poslof, T-90225
PVSP
PO Box 8500
Coalinga, CA 93210

Dear Mr. Poslof:

    I write in response to the letter we received on 11/20/06. In your letter, you describe problems you are having regarding your seizure medication. You write that you have not been receiving gabapentin and that you have small seizures every day. I am sorry to learn that you are experiencing such difficulty receiving the health care you feel you require. Our office is concerned. Before we can determine whether we can assist you under our class-action medical suit, Plata v. Schwarzenegger, I would like to ask you for more information.

    I would appreciate if you would answer the following questions. As always, the more detailed answers you can provide, as well as any medical documents and 602 appeals and responses, the easier it will be for us to evaluate whether we can advocate on your behalf. I have enclosed a postage-paid envelope for your convenience.

    1. When did you last see a doctor about your seizures and seizure medication? What were his or her recommendations?

    2. Since you have been without your medication, have you experienced an increase in the number of seizures you have experienced or any other side effects?

    3. Have you filed any sick call slips in regards to your seizure medication? If so, were you seen by PVSP medical staff?

    4. Have you received a response to your 602? If so, please send us a copy of any responses you have received.

    Once we receive further information from you, we will determine whether we can help under the Plata case. Of course, you should continue to use the "sick call" process to bring medical concerns to the attention of medical staff. Thank you for your time.

    Sincerely,

Board of Directors
Penelope Cooper, President • Michele Walkin Hawk, Vice President • Marshall Krause, Treasurer
Honorable John Burton • Felecia Gaston • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

*[signature]*
Sam Weiner
Litigation Assistant under Brittany Glidden

Enclosures: ~~None~~ SASE ~~[scribbled out]~~

| INMATE/PAROLEE APPEAL FORM<br>CDC 602 (12/87) | Location: Institution/Parole Region<br>1. _____<br>2. _____ | Log No.<br>1. _____<br>2. _____ | Category<br>_____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| LONNIE L. POSLOF | T-90225 | P.M. PORTER D-FAC BIULD-1 | D-1/1131low |

A. Describe Problem: ON 10-30-06, I WAS INFORMED BY M.T.A. HARPER THAT MY MEDICATION GABAPENTIN HAD BEEN D.C. AND ASKING WHY HE HAD ONLY TOLD ME THAT THE DOCTOR HAD STOPED IT, AND I HAVE FILED THIS ISSUED IN THE PAST AND HAVE A C.D.C 602 ON RECORD GRANTED AND ORDERING P.V.S.P. MEDICAL STAFF TO PROVIDE ME WITH THIS MEDICATION, BECAUSE IT IS CONDUCIVE TO THE TREATMENT OF THE SEIZURE DISORDER THAT I HAVE, THE FACT THAT I HAVE SMALL SEIZURES ALMOST EVERY DAY AND THAT THE TWO SEIZURE MEDICATIONS THAT I TAKE DO EASE AND HELP PREVENT MY SEIURES, I AM NOT ASKING YOU TO GIVE ME A CURE, BECAUSE AS OF

(SSE ATTACHED)

If you need more space, attach one additional sheet.

B. Action Requested: THAT MY GABIPENTIN MEDICATION BE RESTORED AND THAT I ALSO STILL BE PROVIDED WITH MY OTHER SEIZURE MEDICATIONS, AND THAT M.T.A.s HARPER AND BREWER BOTH BE INFORMED THAT IF THEY SUSPECT THAT I AM NOT TAKING MY MEDICATIONS, DO TWO THINGS, OR HAVE EVIDENCE TO THAT EFFECT THAT THEY

Inmate/Parolee Signature: *Lonnie Lee Poslof Jr.*    Date Submitted: 10-31-2006

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____
_____
_____
_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: