*Pile Your Copy*

C.D.C 602 cont;

sec. "A"

THIS DATE I DO NOT KNOW OF ANY CURE FOR THE BRAIN DAMAGE THAT I HAVE
FROM THE BRAIN SURGERY I HAD IN THE YEAR OF 1989, AND THAT IF THESE SO
CALLED M.T.A. MEDICAL STAFF THAT HAVE NO LEGAL AND VALID MEDICAL
CERTIFICATION OUTSIDE THE DEPARTMENT OF CORRECTIONS, MAKING THE CALL
TO RECOMEND TO A DOCTOR TO STOP AN INMATES MEDICATION, WHO ALSO IS NOT
TRAINED AS AN EXPERT IN THE FEILD OF NEROLOGIST, THAT WAS WHO STARTED ME
THESE MEDICATIONS FOR MY CONDITION, YOU CAN EVEN LOOK INTO MY MEDICAL
RECORDS ON THE STREET, BECAUSE EVEN THE COURT HAS COPIES OF PERSCRIPTIONS
OF BOTH THESE MEDICATIONS ORDERED FOR ME FOR MANY MANY YEARS, AND HAVE BEEN
EFFECTIVE IN HELPING RELIEVE AND EASE MY SEIZURE CONDITION.
THIS IS THE VERY REASON THAT JUDGE HENDERSON, HAS PLACED THE MEDICAL OF
CALIFORNIA'S PRISON SYSTEM UNDER THE DIRECTION OF ANOTHER.

sec "B"

FILE A C.D.C. 115 AND PRESENT THEIR EVIDENCE ACCORDING TO THE TITLE
15, AND OR IF THEY CARE TO GIVE ME MY MEDICATION IN SOME OTHER FROM OTHER
THAN A SOLID PILL, SUCH AS CURSHED OR IN LICQUID FORM, THE ONLY REASON
I AM FILING THIS C.D.C. 602, IS TO MAKE SURE THAT I AM PROVIDED WITH THE
MEDICATIONS IS BECAUSE THEY EFFECTIVELY AND HAVE FOR YEARS EASED MY
SEIZURE CONDITION.

THANK YOU

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| PVSP-D- | 04-02039 | 18. ADA |

*NOTE:* **THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered*
*under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Poslof, Lonnie L Sr. | T-90225 | None |  | D1-113L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

Seizure Disorder, Neurosurgery has left the left extremities lack-
ing in controlibility. Tremors.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

State and Public recoreds, also documentation from Pleasant Valley
State Prison. (see enclosed)

DESCRIBE THE PROBLEM:

Pleasant Valley State Prison has taken this ADA inmate off of
his Seizure Disorder medication. Dr.J.Neuharth discontinued this
medication. there h'd been no change in the patient's diagnosis.
   *GABAPENTIN*

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

Treatment for his seizure disorder to be resumed. To be admin-
istered forthwith. (neurontin)

_____                    July 6, 2004
INMATE/PAROLEE'S SIGNATURE                 DATE SIGNED

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| REVIEWER'S ACTION |
|---|

DATE ASSIGNED TO REVIEWER: 7/16/04
DATE DUE: 8/6/04

*Cormorant*
*March*
*Dargas*
*2004*

**TYPE OF ADA ISSUE**

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    ☐ Auxiliary Aid or Device Requested

    ☐ Other _____

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____    _____
DATE INMATE/PAROLEE WAS INTERVIEWED    PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

☒ GRANTED    ☐ DENIED    ☐ PARTIALLY GRANTED

**BASIS OF DECISION:** _____

_____

_____

_____

_____

_____

**NOTE:** If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.

| DISPOSITION RENDERED BY: (NAME) Lozan MD | TITLE MD | INSTITUTION/FACILITY DVSP |
|---|---|---|
| F Salce | | |

| APPROVAL | | |
|---|---|---|
| ASSOCIATE WARDEN'S SIGNATURE R.H.K. CC. | DATE SIGNED SF 4-04 | |
| B Tru HW | | |

DATE RETURNED TO INMATE/PAROLEE    AUG 0 5 2002

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE POSLOF, T90225                    Date: November 21, 2006
Current Housing: DFB1T10000001131,

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: PVSP-D-06-03160

ASSIGNED STAFF REVIEWER: CMO
APPEAL ISSUE: MEDICAL
DUE DATE: 01/03/2007

Inmate POSLOF, this acts as a notice to you that your appeal has been sent to the above
staff for FIRST level response.  If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for SECOND level review.

R. Shannon/M.C. Voss/H. Martinez
CCII, Appeals Coordinators/AGPA
PVSP

Response was That it was not The
m.t.A, staff That ordered my
medications stoped But a Doctor
And my Answer was That The
Doctor made This order By Request
OF The m.t.A. And A note From
Another inmate, And it was not By
A medical, Determination to stop
my medication

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. PVSP-D-
2. _____

Log No.
1. 04-03006B
2. _____

Category 18

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classificat
committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate st
member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the support
documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be tak
for using the appeals procedure responsibly.

NAME POSLOF    NUMBER T90205    ASSIGNMENT n/A    UNIT/ROOM NUMBER 12-1-11.

A. Describe Problem:

ADA

See attached CDC-1824

If you need more space, attach one additional sheet.

B. Action Requested:

See attached CDC-1824

Inmate/Parolee Signature: _____    Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____)

Staff Response:

**BYPASS**

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and
submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

RECEIVED MAR 28 2006 APPEALS BRANCH

ADA

**BYPASS**

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by
Board of Control form BC-1E, Inmate Claim    CDC Appeal Number:

04-03006

First Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☑ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

A OA

See attached CDC-1824

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved: _____ Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

As You can See P.V.S.P. is Just giving me The with the Run-Around, And Excluding People who are not Any use To The Prison in Providing Supportive Work For The Page 2

Signature: _____ Date Submitted: 12-10-04

Second Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☑ Other Cancelled

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 12/14/04 Due Date: 12/28/04
☑ See Attached Letter

Signature: R. Trimble, AW _____ Date Completed: 2-28-05
Warden/Superintendent Signature: S Bresler M.D. CMO(A) _____ Date Returned to Inmate: 2/25/05

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I never refused to Be seen or interviewed by anyone at anytime & I have and do want this matter taking care of, why would I refuse to get this matter resolved these People are lying so they can exclude me from health care and programming, I've Been over this more than once with these People and it up to you now!

Signature: _____ Date Submitted: 3-21-05

or the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)                                                    Date: _____

"F" SECTION CONT:

IN PLEASANT VALLEY STATE PRISON FACILITY UNITS THE INMATES
THAT ARE DISABLED ARE BEING DENIED ACCESS TO THE SHOWERS THAT THE
STATE IS LEGALLY REQUIRED TO PROVIDE DISABLED INMATES ACCESS TO.

IT IS AN INDIRECT DENIAL OF THIS ACCESS THAT THIS STATE PRISON IS
NOT PROVIDING THE DISABLED INMATES WITH AND CLAIM THAT JUST BECAUSE
THE NON-DISABLED INMATES CROWED THESE SHOWERS AND DISREGARD THE
NON-DISABLED ACCESSABLE SHOWERS OVER THE SHOWERS PROVIDED FOR THE
INMATES THAT ARE DISABLED AND CAN NOT USE ANY OTHER SHOWERS, SUCH
AS IT IS THERE ARE (6) SIX NON-DISABLED TO BE USED BY THE NON-DISABLED
AND ONLY (2) TWO THAT ARE FOR THE USE OF THE DISABLED, AND BECAUSE
THE NON-DISABLED INMATES MAKE LONG LINES FOR THE DISABLED SHOWERS
EVEN BEFORE THE DAY ROOM AND YARD IS EVEN OPEN, AS WELL AS THAT IS
MORE EASIER FOR THEM TO SIT AND WASH THEIR CLOTHING, THAT THE VERY
INMATES THAT THESE SHOWERS WERE PROVIDED FOR ARE NOT ABLE TO USE
THEM.

HERE YOU WILL ALSO FIND THAT THESE DISABLED INMATES HEALTH
AND SAFETY ARE BEING PUT AT RISK BECAUSE OF THIS PRACTICE.

IF NOTHING ELSE I AM REQUESTING THAT THE LINES THAT THESE
NON-DISABLED INMATES FORM PRIOR TO YARD AND DAY ROOM OPENING BE PUT
TO A STOP.

RESPECTFULLY SUBMITTED

X_____
LONNIE LEE POSLOF

DATE

**1**

**PLEASANT VALLEY PHARMACY**
DEPARTMENT OF CORRECTIONS
24863 W. JAYNE AVE.        COALINGA, CA 93210
(559) 935-4900    EXT. 5484
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom prescribed.

POSLOF, LONNIE          T-90225  DFB1-113L
DR: DUENAS              RPH: LT    MFG: GG
RX: 791447- 0                    QTY: 120

NAPROXEN 250MG
1-2 TABS TWICE DAILY W/
FOOD AS NEED

START: 08/09/06          STOP: 02/05/07

**2**

**PLEASANT VALLEY PHARMACY**
DEPARTMENT OF CORRECTIONS
24863 W. JAYNE AVE.        COALINGA, CA 93210
(559) 935-4900    EXT. 5484
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom prescribed.

POSLOF, LONNIE          T-90225  DFB1-113L
DR: DUENAS              RPH: LT    MFG: BI
RX: 791444- 0                    QTY:  1

IPRATROPIUM INHA(ATROVENT
2 PUFFS TWICE DAILY*SHAKE
WELL

START: 08/09/06          STOP: 02/05/07

**(-)**

**3**

**PLEASANT VALLEY PHARMACY**
DEPARTMENT OF CORRECTIONS
24863 W. JAYNE AVE.        COALINGA, CA 93210
(559) 935-4900    EXT. 5484
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom prescribed.

POSLOF, LONNIE          T-90225  DFB1-113L
DR: DUENAS              RPH: LT    MFG: IV
RX: 791443- 0                    QTY:  1

ALBUTEROL INHA(VENTO,PROV
2 PUFFS EVERY 6HR AS NEED
*SHAKE*

START: 08/09/06          STOP: 02/05/07

**PLEASANT VALLEY PHARMACY**
DEPARTMENT OF CORRECTIONS
24863 W. JAYNE AVE.        COALINGA, CA 93210
(559) 935-4900    EXT. 5484
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom prescribed.

POSLOF, LONNIE          T-90225  DFB1-113L
DR: DUENAS              RPH: LT    MFG: EL
RX: 791440- 0                    QTY:  9

SUMATRIPTAN 50MG(IMITREX)
1 ONSET*MAY REPEAT IN 2HR
IF NEED*MAX 2/24HR,9/MONT

START: 08/09/06          STOP: 02/05/07

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

№ 347628

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

NAME _Rosloff_

CDC NUMBER _T90225_

HOUSING

PATIENT SIGNATURE

DATE _3-18-05_

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _I Want Approval of my Lower Tier / Lower Bunk, Setup a Grab Bar, Walking Cane crong a wall as an additinal Grand Pr Allowing me The use of one Pillow Due To Arthritie Pain m.ta Kratz Refused To Except This Request on 3-17-05        Thank You_

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received:                         Received by:

Date / Time Reviewed by RN:                   Reviewed by:

S:                              Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:   T:      P:      R:      BP:          WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

APPOINTMENT SCHEDULED AS:

EMERGENCY (IMMEDIATELY) ☐      URGENT (WITHIN 24 HOURS) ☐      ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

REFERRED TO PCP:                          DATE OF APPOINTMENT:

COMPLETED BY                              NAME OF INSTITUTION

PRINT / STAMP NAME        SIGNATURE / TITLE        DATE/TIME COMPLETED

CDC 7362 (Rev. 03/04)   Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

№ 346301

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME Poslof

CDC NUMBER T90225

HOUSING D-1-113Low

PATIENT SIGNATURE

DATE 4-10-05

REASON YOU ARE REQUESTING HEALTH CARE SERVICES: (Describe Your Health Problem And How Long You Have Had The Problem) Doctor Kim made an D.P.O. order on 4-4-05 and I want to know why I have not Received a wheelchair and walking cane chromo's as of this date, they will not allow me the use of a wheelchair

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                    Pain Scale: 1  2  3  4  5  6  7  8  9  10

O:  T:        P:        R:        BP:        WEIGHT:

A:

P:

☐ See Nursing Encounter Form

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

REFERRED TO PCP:

COMPLETED BY

DATE OF APPOINTMENT:

NAME OF INSTITUTION

PRINT / STAMP NAME

SIGNATURE / TITLE

DATE/TIME  COMPLETED

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

№ 135902
DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

| NAME POSLOF | CDC NUMBER T90225 | HOUSING D-1-113low |
|---|---|---|

PATIENT SIGNATURE

DATE 08-24-2005
06-24-2005

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

this inmate is in need of having his medication refiled

THIS INMATE IS IN NEED OF HAVING HIS MEDICATION REFILED

### THANK YOU

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

№ 135956

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME LONNIE LEE POSLOF | CDC NUMBER T 90225 | HOUSING D-1/1121ow |
|---|---|---|

| PATIENT SIGNATURE | DATE 07-11-2005 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)   I NEED TO SEE A DOCTOR IN REGARDS OF THE CURRENT MEDICATION

I HAVE BEEN TAKING. AND ABOUT THE OUTCOME OF A PROCEDURE I HAD

RECIVED IN THE PAST THAT THERE WAS NO REPORT OBTAINED BY THIS

PRISON AS TO IF I HAVE ANOTHER CANCER THAT WAS REMOVED. OR IF

I MAT NEED TO BE SEEN AGAIN ABOUT THIS.   "THANK YOU".

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

No 111106

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☒     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☒

| NAME LONNIE LEE POSLOF | CDC NUMBER T90225 | HOUSING D-1/113 low |
|---|---|---|
| PATIENT SIGNATURE | | DATE 07-15-05 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  AS ALREADY REQUESTED TO BE SEEN BY A DOCTOR IN REGARDS

OF THE NEED TO ADJUST MY SEZURE MEDICATION AND TO UPDATE ON THE PAST PROCEDURE AND FINDINGS OF THAT SERJURY AND WHAT IT WAS

THAT WAS REMOVED FROM MY CHEST WALL.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

Nº 112938

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME  LONNIE LEE POSLOF

CDC NUMBER  T90225

HOUSING  D-1/113 low

PATIENT SIGNATURE

DATE  07-24-2005

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) NOW AFTER REPETED REQUEST FOR TREATMENT BY A DOCTOR I DON'T UNDERSTAND WHAT ELSE I CAN DO, I HAVE BEEN HAVING THE ONSET OF SEZURES AT NIGHT AND HAVE BEEN REQUESTING TO SEE A DOCTOR TO SEE IF WE CAN MAKE A CHANGE IN MY MEDICATION TO CORRECT THE PROBLEM. IF I DONT HEAR OR SEE A DOCTOR I WILL SEND THIS TO THE COURT. THANKS.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

№ 111105

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| LONNIE LEE POSLOF | T30225 | D-1/113 low |
| PATIENT SIGNATURE | | DATE 08-05-2005 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) now that you have refused to allow me to see a doctor my

medicaTIONS HAVE NOW EXSPIRED AND I EXSPECT YOU TO REFUSE TO RENEW

THEM AS WELL BUT IT HAS GOTTEN TO THE POINT THAT AT THIS PRISON THAT

THERE IS NO MEDCIAL CRRE AT ALL BUT I DO STILL NEED MY MEDCIATON

EVEN IF YOU DO NOT WANT TO PROVIDE ME WITH HEALTH CARE.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
PVSP-D

1. _____ PVSP-D _____
2. _____

Log No.
1. 05-00766
2. _____

Category
B

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | | UNIT/ROOM NUMBER |
|------|--------|------------|--|------------------|
| POSLOF L. | T90225 | none A2B | | D-1-113L |

A. Describe Problem: My Repetive Request For Reasonable Accomodation Have Been ignored and as a Result I Have Been missing needed medication and meals Do to my unabilty To endure walking To and From The Chow Hall And Pill Line, it Has Been Too Painful and Exhausting

If you need more space, attach one additional sheet.

B. Action Requested: To Be eather issued a wheelchear And or Send my meals and medication To my cell

Thank You

Inmate/Parolee Signature: _____    Date Submitted: 2-26-05

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

**BYPASS**

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

Date Submitted: _____

CDC Appeal Number:

Copy X2

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

Staff Respond on CDC - 182X

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                                                 Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: PVSP-D- | LOG NUMBER: 05-03188 | CATEGORY: 1S. ADA |
|---|---|---|

NOTE:  THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) POSLOF | CDC NUMBER T90225 | ASSIGNMENT Porter | HOURS/WATCH 14:30/23:00 | HOUSING D-1-113L |
|---|---|---|---|---|

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:  Require The use OF A Wheelchair
walking Problems

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?  State and CDC
Records

DESCRIBE THE PROBLEM:  Being Denied The use OF
Handycaped Showers, D-1-113 Low
when the other inmates Have The use
OF Six other showers in This unit.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?  To Stop inmates
That Are not Handycaped From Denying
Handycaped inmates The use OF The
Handicaped showers,

INMATE/PAROLEE'S SIGNATURE          OCT 13 2005          10-09-05
                                                         DATE SIGNED

*Person Staff in Denial*

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| REVIEWER'S ACTION |
|---|

DATE ASSIGNED TO REVIEWER: 10/19/05
DATE DUE: 11/03/05

**TYPE OF ADA ISSUE**

☒ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

☐ Auxiliary Aid or Device Requested

☐ Other_____

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:** Mm claims he requires use of a wheelchair, and other non-handicapped inmates are denying him access to the handicapped shower. During interview inmate stated he has not personally had a problem w/ shower access. He indicated he was attempting to develop a written policy to assist other wheelchair bound inmates.

11/9/05
**DATE INMATE/PAROLEE WAS INTERVIEWED**

D. Stout CCII
**PERSON WHO CONDUCTED INTERVIEW**

**DISPOSITION**

☐ GRANTED   ☒ DENIED   ☐ PARTIALLY GRANTED

**BASIS OF DECISION:** Pursuant to the Disability Placement Program (DPP) you are designated as Mobility Impaired Impacting Placement (DPM) and intermittent Wheelchair user (DPO) At the present time there is no policy which precludes non-handicapped inmates access to all showers in the housing unit.

**NOTE:** If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate/

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| D. Stout | CCII | PVSP |

| APPROVAL | |
|---|---|
| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
| | 11-15-05 |

DATE RETURNED TO INMATE/PAROLEE: NOV 17 2005

State of California                                      Department of Corrections and Rehabilitation

# Memorandum

*Look How Long it Took To grant An Already Required "Action"*

Date    :    April 2, 2007

To      :    W. Tallmadge
             K-64327/DFB2-142L

Subject:    **FIRST LEVEL APPEAL RESPONSE, LOG NUMBER PVSP-D-07-00610**

**APPEAL DECISION:     PARTIALLY GRANTED**

Your appeal was referred for first level review on March 13, 2007.
M. E. Spearman, Facility Captain, interviewed you concerning your appeal on
April 2, 2007.

**DISCUSSION OF FINDINGS:**

During your interview you stated this group appeal primarily involves American
Disability Act (ADA) Armstrong Remedial Plan (ARP) class members who are
wheelchair users.

**ACCOMODATION REQUESTED:**

**Provide that all eight showers in the housing units are ADA equipped
including accessibility.** Not granted, only the two designated showers will remain
ARP equipped in accordance with the Prison's mission.

**Set forth policy by mandate that disallows the use of ADA showers by non-
ADA inmates until all ADA inmates are showered.** Not granted, showers are
available to all inmates; however, ARP class members who are wheelchair users
shall have priority for designated ARP showers.

**Allow ADA inmates special adequate time periods outside of dayroom times to
shower without competition.** Not granted, ARP class members shall be allowed
to shower within prescribed program times in accordance with the prison Basic Daily
Schedule.

**That all ADA inmates have priority access to the two ADA showers at all times.**
Partially granted, ARP class members who's disabilities require the use of the two
designated ARP showers in A and C Sections of the dayroom shall have priority to
these showers. Furthermore, housing unit floor officers shall ensure ARP class
members are given priority access to the two ARP showers during program hours.

PVSP-D-07-00610
Tallmadge, CDC No. K-64327
Page 2


**DISPOSITION:**

Your appeal is PARTIALLY GRANTED at the first level of review, ARP class members who's disabilities require the use of the two designated ARP showers in A and C Sections of the dayroom shall have priority to these designated showers. Furthermore, housing unit floor officers shall ensure ARP class members are given priority access to the two designated ARP showers during program hours.


M. E. SPEARMAN
Facility D Captain

MES:mes

JOHN AHLIN
Associate Warden, ADA
Americans With Disabilities Act Coordinator

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**CDC 1824 (1/95)**

| REVIEWER'S ACTION |
|---|

**TYPE OF ADA ISSUE**

DATE ASSIGNED TO REVIEWER: 11/01/04
DATE DUE: 11/23/04

☒ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

   ☒ Auxiliary Aid or Device Requested (VEST)

   ☒ Other _Medically unassigned status._

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:** I/m Poslof claim to have many disabilities which prevent him from performing any job assignment. He request an ADA vest for his mobility impairment as well, placement in medically unassigned status. He also request to be excluded from all job assignment. Poslof also requests to be given his prescribed medications, whether or not it is convenient for staff.

12/2/04
**DATE INMATE/PAROLEE WAS INTERVIEWED**

_____ FC (A)
**PERSON WHO CONDUCTED INTERVIEW**

**DISPOSITION**

☐ GRANTED   ☐ DENIED   ☒ PARTIALLY GRANTED

**BASIS OF DECISION:** I/m Poslof was issued an ADA vest on 12/2/04 based on CDC 1845 dated 6/25/03 which indicates he is DNM, (A&B). His request for medical unassignment and exclusion from all jobs is denied. Fac II Ucc, reviewed his case on 9/2/04 and placed him on the SB/WL, restricted light duty, per CDC 128c dated 8/4/03. Your request regarding your medication must be submitted on a separate CDC 1824.

**NOTE:** If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.

**DISPOSITION RENDERED BY (NAME)** _____

**TITLE** FC(A)

**INSTITUTION/FACILITY** PVSP

| APPROVAL |
|---|

**ASSOCIATE WARDEN'S SIGNATURE** _____ AW

**DATE SIGNED** 12-6-04

**DATE RETURNED TO INMATE/PAROLEE** DEC 8 2004

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| PVSP-D- | 04-03006 | 1S. ADA |

***NOTE:*** **THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Lonnie Poslof | T90225 | Ø | Ø | D-1-113L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

Sezure Disorder, unABLe To use Right HAnd weaknues And Lacking in controliBility LeFt Leg in walking

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

CDC Records, State And PuBlic Records As well As my Personal Doctors Records, I whre A Vest with a moBility impaired Sign on it, See Attchments 1-2-3 And 4

DESCRIBE THE PROBLEM: Due To my many DisiBiltys I Have Been And Am Being Excluded From All work Programs And Privilege's And So Others with As much DisiBilty As my seff For SAfety And liBilty Resons Are Placed on medicALity unAssigened StAtus And on 10-26-04 StAff ReFused To Administer my PreScriBed medicAtion 10.00 hr

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

To Be PlAced on medicALity unAssigned Status, And Advise StAff To Always Administer inmates Prescribed medications weather it is Convenient or not For StAff

_____                    10-26-04
INMATE/PAROLEE'S SIGNATURE                         DATE SIGNED