№ 131559

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| LONNIE LEE POSLOF | T90225 | D-1/113 low |

PATIENT SIGNATURE: [signature]   DATE: 08-13-2005

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I ASK YOU TO SEE A DOCTOR TO AJUST MY SEZURE MEDICATION AND WITH OUT ME EVEN SEEING A DOCTOR I AM GIVEN VISTERIAL AND NOW YOU GIVE ME THREE MONTHS OF PRILOSEC FOR HEATBURN YOU SEEM TO NOT HAVE MUCH OF WHAT IT TAKES TO GIVE MEDICAL CARE HERE SO WHY AND HOW ARE YOU BEING ALLOWED TO PRACTICE HERE?

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

| STATE OF CALIFORNIA | HEALTH CARE SERVICES REQUEST FORM | № 116913 |
| --- | --- | --- |
| CDC 7362 (Rev. 03/04) | | DEPARTMENT OF CORRECTIONS |

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

REQUEST FOR:  MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: Poslof
CDC NUMBER: T90225
HOUSING: D-1-113

PATIENT SIGNATURE: [signature]
DATE: 09-01-05

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem):

L.o.F. of Left Lower Quiden of Vision Felde (Field) Because of Aural Sezures Begn Requesting Adjustment of Sezure meds for over a month.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

**№ 112310**

STATE OF CALIFORNIA  
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|
| NAME: Poslof | | CDC NUMBER: T-90224 | | HOUSING: D-1-113L |
| PATIENT SIGNATURE: [signature] | | | | DATE: 09-16-05 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I Request That my medications all Be Refilled   Thank You

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

[Part II section is redacted/blacked out]

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

№ 189595

STATE OF CALIFORNIA
CDC ____ (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| LONNIE LEE POSLOF | T90221 | D-1/113 low |

| PATIENT SIGNATURE | DATE |
|---|---|
| [signature] | 09-26-2005 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)   **I AM REQUESTING THAT YOU REFILL MY NAPERSON MEDICATION.**

**THANK YOU**

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

№ 352970

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

NAME: LONNIE LEE POSLOF
CDC NUMBER: T90225
HOUSING: D-1/113 low

PATIENT SIGNATURE: [signature]
DATE: @ 10-02-05

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)   I HAVE ALOT OF PAIN DUE TO NOT HAVING MY PAIN MEDICATION.
IS IT POSSIBLE TO HAVE MY NAPERSON PAIN MEDICATION REFILLED.

THANK YOU

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received:
Received by:
Date / Time Reviewed by RN:
Reviewed by:
Pain Scale:   1   2   3   4   5   6   7   8   9   10

S:

O:   T:   P:   R:   BP:   WEIGHT:

A:
P:
☐ See Nursing Encounter Form

E:

APPOINTMENT SCHEDULED AS:   EMERGENCY (IMMEDIATELY) ☐   URGENT (WITHIN 24 HOURS) ☐   ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

REFERRED TO PCP:   DATE OF APPOINTMENT:
COMPLETED BY   NAME OF INSTITUTION

PRINT / STAMP NAME   SIGNATURE / TITLE   DATE/TIME COMPLETED

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if applicable)   Gold - Inmate

No 875864

STATE OF CALIFORNIA  
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:   MEDICAL [x]   MENTAL HEALTH [ ]   DENTAL [ ]   MEDICATION REFILL [x]

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| LONNIE LEE POSLOF | T90225 | D-1/113 low |

| PATIENT SIGNATURE | DATE |
|---|---|
| *(signed)* | 10-4-2005 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) PLEASE REFILL MY NAPERSON PAIN MEDICATION AND IF POSSIBLE ALLOW ME TO SEE A DOCTOR TO ADJUST MY SEZURE MEDICATION. THANK YOU

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

[ ] Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: _____   Received by: _____  
Date / Time Reviewed by RN: _____   Reviewed by: _____

Pain Scale:  1  2  3  4  5  6  7  8  9  10

S:

O:   T:   P:   R:   BP:   WEIGHT:

A:  
P:  
[ ] See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) [ ] | URGENT (WITHIN 24 HOURS) [ ] | ROUTINE (WITHIN 14 CALENDAR DAYS) [ ] |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

N° 189577

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME: POSLOF
CDC NUMBER: T90225
HOUSING: D-1/113 low
PATIENT SIGNATURE: [signature]
DATE: 10-16-2005

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem):

THEXMEEEES I AM REQUESTING LAB WORK-UP TO SEE IF AN ADJUSTMENT OF MY SEZURE MEDICATION IS NEEDED AS I WAS TOLD ON MY LAST VISIT TO THE DOCTORS LINE LESS THE DOCTOR.

THANK YOU

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (If copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

№ 352971

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME: LONNIE LEE POSLOF
CDC NUMBER: T90225
HOUSING: D-1/113 low
PATIENT SIGNATURE: [signed]
DATE: 11-01-2005

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) DO TO MY AGE AND HEALTH CONDITION I AM REQUESTING A FLU SHOT I HAVE ASMA AND OTHER HEALTH CONDITIONS

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received:
Received by:
Date / Time Reviewed by RN:
Reviewed by:

S:                    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O: T:    P:    R:    BP:         WEIGHT:

A:
P:  ☐ See Nursing Encounter Form

E:

APPOINTMENT SCHEDULED AS:  EMERGENCY ☐ (IMMEDIATELY)   URGENT ☐ (WITHIN 24 HOURS)   ROUTINE ☐ (WITHIN 14 CALENDAR DAYS)
REFERRED TO PCP:                DATE OF APPOINTMENT:
COMPLETED BY                    NAME OF INSTITUTION
PRINT / STAMP NAME              SIGNATURE / TITLE                DATE/TIME COMPLETED

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

№ 352972

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

REQUEST FOR:  MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

NAME: POSLOF
CDC NUMBER: T90225
HOUSING: D-1-113L
PATIENT SIGNATURE: [signature]
DATE: 11-02-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): To Have my medications Renewed Because I am never informed when my medication is going to Run out or when I need to Request a Refill Prior to Running out of medication. Then it takes Days or weeks

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: _____   Received by: _____
Date / Time Reviewed by RN: _____   Reviewed by: _____
S:                                  Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T:      P:      R:      BP:          WEIGHT:

A:
P:
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

№ 142785

| STATE OF CALIFORNIA<br>CDC 7362 (Rev. 03/04) | HEALTH CARE SERVICES REQUEST FORM | DEPARTMENT OF CORRECTIONS |

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

NAME: Poslof
CDC NUMBER: T90225
HOUSING: D-1-113Lo.01

PATIENT SIGNATURE: [signature]
DATE: 12-30-05

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): I need my medications, Imitrex and Albuterol Refilled

Thank You

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

№ 143146

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*
*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☒   MEDICATION REFILL ☐

NAME: Poslof
CDC NUMBER: T-90225
HOUSING: D-1-113?

PATIENT SIGNATURE: [signature]
DATE: 01-18-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem):

I need Teeth To Eat with

Thank you

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

[Large black redacted area]

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate