No 116734

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:  MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

NAME: Postoff              CDC NUMBER: 90225        HOUSING: D-1-713L

PATIENT SIGNATURE: _____        DATE: 02-12-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem and How Long You Have Had The Problem): If possible, can I have a refill on my medications.

Thank you for your help.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER WILL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND SIGN HIS/HER NAME AND TITLE IN THE SPACE PROVIDED.

## PART II: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

(Send Pink Copy to Inmate Trust Office)

[remainder of page redacted/blacked out]

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

№ 131598
DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*
*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

REQUEST FOR: MEDICAL ☑  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☑

NAME: Poslof
CDC NUMBER: T90225
HOUSING: D-1-113L
PATIENT SIGNATURE: [signature]
DATE: 02-22-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): I Really need The Remaining Medications ReFilled Thank You

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

№ 147779

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

NAME: Poslof
CDC NUMBER: T90225
HOUSING: D-1-113L

PATIENT SIGNATURE: [signature]
DATE: 02-26-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES (Describe Your Health Problem And How Long You Have Had The Problem): I am now out of my medication for my headakes Imatrex, and I'm now also out of my pain medication naperson please Refill them Thank you

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

# HEALTH CARE SERVICES REQUEST FORM

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

№ 124160
DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

NAME: POSLOF L.
CDC NUMBER: 
HOUSING: D-1-113Low
PATIENT SIGNATURE: [signature]
DATE: 03-05-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES (Describe Your Health Problem And How Long You Have Had The Problem): My meds were retained for 90 days, But I have only been issued my meds for 60 days. If possible can you have my meds renewed in the correct amount for the correct amount of days.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.

## PART II: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

445131

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☒ | MEDICATION REFILL ☐ |

NAME: Poslof L.
CDC NUMBER: T-90225
HOUSING: D-1-113Low
PATIENT SIGNATURE: Jennie Lee Poslof
DATE: 08-01-2006

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I HAVE Been Requesting For years now To Have some Teeth made so That I may Be Able To Better EAT my Food, I Have HAD To Do without EAting much of The Food offered To me Because I Have no Teeth To EAT with

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

445132

| STATE OF CALIFORNIA<br>CDC 7362 (Rev. 03/04) | HEALTH CARE SERVICES REQUEST FORM | DEPARTMENT OF CORRECTIONS |

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

NAME: Poslof L.
CDC NUMBER: T-90225
HOUSING: D-1-113 Low
PATIENT SIGNATURE: [signature]
DATE: 08-01-2006

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem):

I had a Ducket, to see the Doctor to Refill all of my needed medications and was told my Health File was not there, so they would Re-Ducket me, and I now am out of some of my medications if Possible could you Please Refill my medications? Thank You

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA  
CDCR 7362 (Rev.05/06)

DEPARTMENT OF CORRECTIONS  
AND REHABILITATION

## HEALTH CARE SERVICES REQUEST FORM

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |

NAME: Lonnie DeLoF  
CDCR NUMBER: T-70225  
HOUSING: D-1-13 Low  
PATIENT SIGNATURE: [signature]  
DATE: 08-21-2006

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problems And How Long You Have Had The Problem)  
I am having a much harder time seeing for any distance or up-close to read. I would like to see a Doctor about my eyes and the possible need for glasses. Thank you

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDCR 7362 (Rev.05/06) Original – Unit Health Record  Yellow – Inmate (if copayment applicable)  Pink – Inmate Trust Office (if copayment applicable)  Gold – Inmate

STATE OF CALIFORNIA  
CDCR 7362 (Rev.05/06)

DEPARTMENT OF CORRECTIONS  
AND REHABILITATION

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: Poslof  
CDCR NUMBER: T-90225  
HOUSING: D-1-113 Low  
PATIENT SIGNATURE: [signature]  
DATE: 09-21-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problems And How Long You Have Had The Problem)  
For 5 days I have been requesting that my medication everyday be refilled. Is it possible to refill this medication. Thank You

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDCR 7362 (Rev.05/06) Original - Unit Health Record  Yellow – Inmate (if copayment applicable)  Pink – Inmate Trust Office (if copayment applicable)  Gold - Inmate

STATE OF CALIFORNIA  
CDCR 7362 (Rev.05/06)

DEPARTMENT OF CORRECTIONS  
AND REHABILITATION

# HEALTH CARE SERVICES REQUEST FORM

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|
| NAME: Poslof | CDCR NUMBER: T90225 | | HOUSING: D-1-113L | |
| PATIENT SIGNATURE: [signature] | | | DATE: 10-08-06 | |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problems And How Long You Have Had The Problem)

I Am Requesting To Be given A Flue Shot,

Thank You

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDCR 7362 (Rev.05/06) Original - Unit Health Record  Yellow – Inmate (if copayment applicable)  Pink – Inmate Trust Office (if copayment applicable)  Gold - Inmate

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS
CDCR 7362 (Rev.05/06)    AND REHABILITATION

## HEALTH CARE SERVICES REQUEST FORM

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL [X]   MENTAL HEALTH [ ]   DENTAL [ ]   MEDICATION REFILL [ ]

NAME: Posco F
CDCR NUMBER: T90225
HOUSING: D-1-132
PATIENT SIGNATURE: [signature]
DATE: 10-15-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problems And How Long You Have Had The Problem): Hello, I need to see the eye glass doctor. Thank you.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

[ ] Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDCR 7362 (Rev.05/06) Original - Unit Health Record  Yellow – Inmate (if copayment applicable)  Pink – Inmate Trust Office (if copayment applicable)  Gold - Inmate

443077

| STATE OF CALIFORNIA | HEALTH CARE SERVICES REQUEST FORM | DEPARTMENT OF CORRECTIONS |
| --- | --- | --- |

CDC 7362 (Rev. 03/04)

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: Poslof

CDC NUMBER:

HOUSING: 10-1-1132

PATIENT SIGNATURE: [signature]

DATE: 10-27-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I have an infection growth large than the size of an egg, and it is very very painfull to use my right arm that I need to push myself in my wheel chair. I would like to be seen by a doctor. Thank you

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

| STATE OF CALIFORNIA | HEALTH CARE SERVICES REQUEST FORM | DEPARTMENT OF CORRECTIONS |
|---|---|---|

CDC 7362 (Rev. 03/04)

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: Poslof
CDC NUMBER: T90225
HOUSING: D-1-113L
PATIENT SIGNATURE: [signature]
DATE: 12-21-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): Been real sick for days, can hardly talk and having problem breathing, pain in chest. Weakness in right arm with pain, off and on going blind from seizures.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inma[te]

CASE NO. C 07-5293 CW (PR)

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Received 10-25-07

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

LONNIE LEE POSLOF SR. #T-90225
P.V.S.P. D-1 113 LOW
POST OFFICE BOX 8504
COALINGA, CALIFORNIA 93210

Petitioner Received on: 11-05-07 night time

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 10/25/2007 | INMATE TRUST ACCOUNTS | POSLOF | T-90225 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| D-1 | 113 LOW | P.M. PROTER D-FAC BLD-1 | FROM 1400/2100 |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS FROM / TO

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

THAT YOU SIGN AND CERTIFY THE INCLUDED FORM AND ALSO PROVIDE ME WITH A CERTIFIED COPY OF ME TRUST ACCOUNT ACTIVITY FOR THE LAST SIS (6) MONTHS.

INTERVIEWED BY

Do NOT write below this line. If more space is required, write on back.

DISPOSITION                                                                                   DATE