LONNIE LEE POSLOF SR. #T-90225
P.V.S.P. D-1 113 LOW
POST OFFICE BOX 8504
COALINGA, CALIFORNIA 93210

FILED

07 NOV 13 PM 1:33

~~RARD~~ W. ~~WIEKING~~
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CIVIL PROCEEDINGS,

| | |
|---|---|
| LONNIE LEE POSLOF SR. ) | CASE NO. CV07-5293 CW (PR) |
| PETITIONER, ) | |
| ) | |
| Vs. ) | |
| ) | CERTIFICATE OF SERVICE |
| PLEASANT VALLEY STATE PRISON ) | |
| LVN, DEIS, ET, AL. ) | |
| DOES 1 TO 10 ) | |
| RESPONDENT(S), ) | |

I HEREBY CERTIFY THAT ON, 11 / 07 / 2007, I, SERVED THE FOLLOWING:

Complaint Per, 42 U.S.C. 1983

PETITIONER APPLICATION TO PROCEED IN FORMA PAUPERIS.

"Trust Account Records"
"EXHIBITS"

BY PLACING IN DEPOSIT FOR UNITED STATES MAILING AT:

PLEASANT VALLEY STATE PRISON
POST OFFICE BOX 8504
COALINGA, CALIFORNIA 93210

IN A PREPAID ENVELOPE ADDRESSED TO:

U.S. DISTRICT COURT
450 GOLDEN GATE AVENUE
POST OFFICE BOX 36060
SAN FRANCISCO, CALIFORNIA 94102-9680

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

DATE 11 / 07 / 2007,

x _____
LONNIE LEE POSLOF SR.
PETITIONER IN PRO PER