FILED
07 NOV 13 PM 1:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LONNIE LEE POSLOF SR.
        Plaintiff,

vs.

PLEASANT VALLEY STATE PRISON,
LVN, DEIS, ET, AL.
        Defendant.
DOES 1 TO 10.

CASE NO. CV07-5293 CW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __LONNIE LEE POSLOF SR.__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No XX

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____- 0 -_____ Net: _____- 0 -_____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  <u>NO EMPLOYMENT SINCE THE YEAR OF 1989, DISABLED PERSON.</u>
5  <u>NO MONEY RESOURCE SINCE 2002, TIME OF ARREST.</u>
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.   Business, Profession or            Yes ___ No _XX_
10       self employment
11  b.   Income from stocks, bonds,         Yes ___ No _XX_
12       or royalties?
13  c.   Rent payments?                     Yes ___ No _XX_
14  d.   Pensions, annuities, or            Yes ___ No _XX_
15       life insurance payments?
16  e.   Federal or State welfare payments, Yes ___ No _XX_
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                  Yes ___ No _XX_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ – N O N E – _____

_____

5.  Do you own or are you buying a home?    Yes ____   No XX

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ____   No XX

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? Yes ____ No XX (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No XX  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No xx

_____

8.  What are your monthly expenses?

Rent: $ _____ – 0 – _____   Utilities: _____ – 0 – _____

Food: $ _____ – 0 – _____   Clothing: _____ – 0 – _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

$10,000. CALIFORNIA COURT FINE, CASE NO. FMB005416

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes XX No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

UNITED STATES DISTRICT COURT, HABEAS, CASE NO. ED CV 06-1418 AG (SH) CIVIL VIOLATIONS OF PETITIONER'S CONSTITUTIONAL RIGHTS.

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

10 / 25 / 2007,  
DATE

*[Signature]*  
LONNIE LEE POSLOF SR.  
SIGNATURE OF APPLICANT

1
2                                                          Case Number: CV 07-5293   CW  (PR)
3
4
5
6
7
8                              CERTIFICATE OF FUNDS
9                                       IN
10                             PRISONER'S ACCOUNT
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of __LONNIE LEE POSLOF SR.__ for the last six months
                                          [prisoner name]
14   __PLEASANT VALLEY STATE PRISON__ where (s)he is confined.
           [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ __- 0 -__ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $__- 0 -__.
18
19   Dated: 10/20/07                          _____
20                                            [Authorized officer of the institution]
21
22
23
24
25
26
27
28

- 5 -

```
REPORT ID: TS3030 .701                                    REPORT DATE: 10/29/07
                                                          PAGE NO:         1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                           PLEASANT VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: MAY 29, 2007 THRU OCT. 29, 2007

ACCOUNT NUMBER : T90225                   BED/CELL NUMBER: DFB1T1000000113L
ACCOUNT NAME   : POSLOF, LONNIE LEE          ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL         TOTAL        CURRENT      HOLDS       TRANSACTIONS
    BALANCE      DEPOSITS    WITHDRAWALS     BALANCE     BALANCE      TO BE POSTED
   ----------    --------    -----------    ---------    -------      ------------
      0.00        0.00          0.00          0.00         0.00            0.00

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                             ---------
                                               0.00
```

(stamp) THIS DOCUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 10/29/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE