LONNIE LEE POSLOF SR. #T-90225
P.V.S.P. D-1   113 LOW
POST OFFICE BOX 8504
COALINGA, CALIFORNIA 93210
IN PRO PER.

FILED
07 NOV 29 PM 1:13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: EXPEDITE COURT ORDER.

| LONNIE LEE POSLOF SR. | ) | CASE NO. CV-07-5293-CW (PR) |
|---|---|---|
| PETITIONER, | ) | |
| Vs. | ) | FORMAL REQUEST/MOTION FOR TEMPORARY INJUNCTION BARRING P.V.S.P. FROM OUTSIDE TRANSFER OF PETITIONER IN EXCESS OF THESE COURT PROCEEDINGS OR BY OTHER COURT TRANSFER ORDERS REQUIRING PERSONAL APPEARANCE BY PETITIONER |
| JAMES A. YATES (WARDEN) | ) | |
| RESPONDENT. | ) | |

CONES NOW PETITIONER, LONNIE LEE POSLOF SR., WITH REQUEST/MOTION FOR A COURT ORDER, OF INJUNCTION BARRING PLEASANT VALLEY STATE PRISON [FROM] OUTSIDE TRANSFER OF PETITIONER ON A TEMPORARY BASES, AND OR UNTIL THESE PROCEEDINGS ARE CONCLUDED, AND OR ANY OTHER COURT ORDER FOR PETITIONER APPEAR IN THIS COURT OR ANY OTHER.

BASE ON THE FACT THAT PLEASANT VALLEY PRISON MEDICAL STAFF ARE THE CAUSE OF THIS ACTION TO START WITH AND THE TRANSFER OF PETITIONER WOULD NOT REMEDY THE CONDITIONS OF THIS COMPLAINT AND PETITION, [IT] MUST BE CONCLUDED THAT THE ACTION OF THIS PRISON TAKING STEPS TO OUTSIDE TRANSFER OF PETITIONER IS BASED UPON ONLY PETITION FILED COMPLAINT.

THE ACTION OF TRANSFER WILL ONLY REMOVE PETITIONER FROM HIS RECORDS NEEDED TO PROCEED WITH THIS MATTER, AND PETITIONER [IS] BY COURT ORDER AT THIS TIME TO APPEAR IN THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, CASE NO. CV-06-1418-AG (SH), ON, 02/15/2008, AND THIS PRISON ACTION OF TRANSFER WILL ALSO REMOVE REQUIRED RECORDS NEEDED FOR THOSE PROCEEDINGS.

PETITIONER'S REQUEST/MOTION IS BASED UPON BOTH ACTIONS BEING IMPAIRED BY WITHHOLDING OF PROPERTY RECORDS NEEDED TO CONCLUDE FINDINGS IN THESE ACTIONS, ONLY CAN BE KEPT INTACT BY PETITIONER RETAINING POSSESSION OF THESE RECORDS IN EXCESS OF ANY TRANSFER, [WHICH] WILL NOT BE POSSIBLE DURING ANY CURRENT TRANSFER ACTIONS.

THEREFORE PETITIONER REQUEST A TEMPORARY 'ORDER' MADE BY THIS COURT.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE 11/26/2007

*Lonnie Lee Poslof Sr.*
LONNIE LEE POSLOF SR.
PETITIONER IN PRO PER.