PLEASANT VALLEY STATE PRISON
P.O. BOX  8 5 0 4
COALINGA, CA. 93210

NAME: LONNIE L. POSLOF SR.

NUMBER: T-90225

HOUSNG: D-1 113 LOW

STATE PRISON
GENERATED MAIL

UNITED STATES POSTAGE
$ 00.41⁰
NOV 27 2007
PITNEY BOWES
0004344659
MAILED FROM ZIP CODE 93210

URGENT!

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
POST OFFICE BOX 36060
SAN FRANCISCO, CALIFORNIA 94102-9680

L E G A L * * * M A I L
* * * * * * * * * *
CASE NO. CV-07-5293-CW (PR)