LONNIE LEE POSLOF SR. #T-90225
P.V.S.P. D-1 113 LOW
POST OFFICE BOX 8 5 0 4
COALINGA, CALIFORNIA 9 3 2 1 0

FILED
07 NOV 29 PM R/T 13
[stamp: NORTHERN DISTRICT COURT CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

IN RE: CIVIL COMPLAINT.

| | |
|---|---|
| LONNIE LEE POSLOF SR. )<br>PETITIONER, )<br>)<br>Vs. )<br>)<br>JAMES A. YATES (WARDEN) )<br>RESPONDENT, ) | CASE NO. CV-07-5293-CW (PR)(SH)<br><br>CERTIFICATE OF SERVICE |

I HEREBY CERTIFY THAT ON, 11 / 26 / 2007, I, SERVED THE FOLLOWING:

FORMAL REQUEST/MOTION FOR TEMPORARY INJUNCTION ORDER

BY PLACING IN DEPOSIT FOR UNITED STATES MAILING AT:

PLEASANT VALLEY STATE PRISON
POST OFFICE BOX 8 5 0 4
COALINGA, CALIFORNIA 9 3 2 1 0

IN A PREPAID ENVELOPE ADDRESSED TO:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
POST OFFICE BOX 36060
SAN FRANCISCO, CALIFORNIA 94102-9680

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

DATE 11 / 26 / 2007,

X _Lonnie Lee Poslof Sr._
LONNIE LEE POSLOF SR.
PETITIONER IN PRO PER.