LONNIE LEE POSLOF SR. #T-90225
P.V.S.P. D-1 113 LOW
POST OFFICE BOX 8504
COALINGA, CALIFORNIA 93210

**FILED**

DEC - 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: CIVIL COMPLAINT.

| | |
|---|---|
| LONNIE LEE POSLOF SR. )<br>PETITIONER, )<br>)<br>Vs. )<br>)<br>JAMES A. YATES (WARDEN) )<br>RESPONDENT. ) | CASE NO. CV-07-5293-CW (PR)<br><br>CERTIFICATE OF SERVICE |

I HEREBY CERTIFY THAT ON, 11 / 28 / 2007, I, SERVED THE FOLLOWING:

PROPOSED COURT ORDERS FOR TEMPORARY INJUNCTION BARING TRANSFER

BY PLACING IN DEPOSIT FOR UNITED STATES MAILING AT:

PLEASANT VALLEY STATE PRISON
POST OFFICE BOX 8504
COALINGA, CALIFORNIA 93210

IN A PREPAID ENVELOPE ADDRESSED TO:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
POST OFFICE BOX 36060
SAN FRANCISCO, CALIFORNIA 94102-9680

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

DATE 11 / 28 / 2007.

*Lonnie Lee Poslof Sr.*
LONNIE LEE POSLOF SR.
PETITIONER IN PRO PER.