PLEASANT VALLEY STATE PRISON
P.O. BOX 8504
COALINGA, CA. 93210

NAME: LONNIE L. POSLOF SR.
NUMBER: T-90225
HOUSING: D-1 113 LOW

THIS MAIL GENERATED FROM PLEASANT VALLEY STATE PRISON

STATE PRISON
GENERATED MAIL

RECEIVED
DEC - 4 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
POST OFFICE BOX 36060
SAN FRANCISCO, CALIFORNIA 94102-9680

* * * L E G A L * * * M A I L * * *
CASE NO. CV 07-5293-CW (PR)

URGENT

RECEIVED
DEC - 3 2007

02 1A
0004344659
MAILED FROM ZIP CODE 93210
$00.58
PITNEY BOWES
NOV 29 2007