LONNIE LEE POSLOF SR. #T-90225
P.V.S.P. D-1 113 LOW
POST OFFICE BOX 8504
COALINGA, CALIFORNIA 93210
IN PRO PER.

UNITED STATES DICTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: CIVIL COMPLAINT.

| LONNIE LEE POSLOF SR. ) | CASE NO. CV-o7-5293-CW (PR) |
| PETITIONER, ) | |
| ) | |
| Vs. ) | PETITIONER LODGEMENTS |
| ) | |
| ) | |
| JAMES A. YATES (WARDEN), ) | FILED |
| PLEASANT VALLEY STATE PRISON, ) | DEC - 7 2007 |
| MTA. DEIS, CALIFORNIA DEPT. OF ) | |
| CORRECTIONS / REHABILITATION, ) | RICHARD W. WIEKING |
| ET, AL. DOES 1 TO 10 ) | CLERK, U.S. DISTRICT COURT |
| RESPONDENT, ) | NORTHERN DISTRICT OF CALIFORNIA |

COMES NOW, PETITIONER LONNIE LEE POSLOF SR., WITH LODGEMENTS IN EVIDENCE OF THIS COURT MATTER, AND CONTINUED ACTS TAKING TO IMPEDE THE COURT ORDERED CHANGES TO BE MADE IN THE PLEASANT VALLEY STATE PRISON HEALTH CARE SERVICES.

ALSO, PLEASANT VALLEY STATE PRISON HEALTH CARE PROVIDERS, TAKING STEPS TO REMOVE PETITIONER, THAT THEY WILL NOT BE REQUIRED TO ANSWER TO THE COMPLAINT BEFORE THIS COURT.

AS WELL AS THE COURT APPOINTED RECEIVER WHO IS TO RESPOND TO INMATES COMPLAINTS, REQUESTS, AND TAKE ACTION, WHEN HEALTH CARE IS NOT BEING ADMINISTERED IN THE CORRECT MANNER, [YET] NOT HAVING THE ABILITY TO TAKE ACTION WHEN A DIRECT REQUEST HAS BEEN MADE, ALTHOUGH, HAVING NO POST MARK ON THE ENVELOPE HOLDING THE RECEIVERS ANSWER, MAKES THE ORIGIN OF THE LETTER IN QUESTION.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE 12/05/2007.

X _____
LONNIE LEE POSLOF SR.
PETITIONER IN PRO PER.

LONNIE LEE POSLOF SR. #T-90225
P.V.S.P. D-1/113 LOW
POST OFFICE BOX 8504
COALINGA, CALIFORNIA 93210

IN RE: ILLEGAL DIVERSION OF MEDICAL TREATMENT
TO: JUDICIAL ENFORCEMENT STAFF,

I HAVE ON MANY ATTEMPTS, TRIED TO OBTAIN LEGAL ASSISTANCE FROM THE PRISON LAW OFFICE, MEDICAL RECEIVER APPOINTED BY THE COURT TO CORRECT MEDICAL CARE IN CALIFORNIA STATE PRISONS, UTILIZING THE 602 APPEALS PROCESS PROVIDED BY THE STATE PRISON SYSTEM, AND DIRECT CONTACT WITH THE UNITED STATES DISTRICT COURT JUDGE HENDERSON.
 THIS CONTACT WAS IN REGARDS TO BEING DENIED PROPER MEDICAL TREATMENT, THAT WAS CAUSED BY CUSTODY STAFF AND NOT THE DOCTORS ORDERING THIS TREATMENT.
 AFTER BEING DENIED PROPER MEDICAL TREATMENT NOW (IN FOLD) BY THE RETALIATION OF INFLUENCE OVER THE NEWLY IN-PLACED MEDICAL STAFF BY PRISON CUSTODY FOR CAUSING LIGHT TO BE PLACED UPON THESE ACTIONS, OF LATE CAUSING EVEN MORE RESISTANCE AND INCREASING RETALIATORY ACTS IN THE MANNER MY MEDICAL TREATMENT IS BEING ADMINISTERED, OR DENIED, TO THE POINT THAT MY HEALTH IS IN INCREASING DANGER.

 BY MAKING SUCH REQUESTS, I HAVE BEEN MET WITH NOTING BUT DELAYS OF THE AGENTS, AND LEGAL STAFF, THAT THERE IS TOO MANY REQUESTS, FOR [MY] MEDICAL ISSUES TO BE ADDRESSED, AT EVERY TURN, I HAVE FILED CDC 602 APPEALS, OR 1824 ADA MEDICAL REQUEST FORMS, TO ONLY BE DENIED OR ANSWERED BY LOWER MEDICAL STAFF THAT THE DOCTORS HAVE EITHER ORDERED THE DELAY OR THAT NO ORDERS HAVE BEEN FILED OR THAT ADMINISTRATION OF MEDICATIONS HAVE BEEN CHANGED, AND ON THE SAME FORM AT A LATER SECTION, STATING THAT NO SUCH ACTION OR ORDERS WERE GIVEN OR TAKEN.

 THE DOCTORS ANSWERS ALL STATE THE ORDER FOR TREATMENT AND OR ADMINISTRATION BE PROVIDED, AND NO CHANGES.

 THEREFORE, IT MUST BE CONCLUDED THAT ONCE AGAIN CDC CUSTODY IS INTERJECTING RETALIATORY INFLUENCE OVER THE NOW REPLACED LOWER MEDICAL STAFF.

 MOREOVER, REMOVING, MEDICAL TREATMENT OF STATE PRISONER'S, AND RESOLVE OF MEDICAL RECEIVERSHIP HAS BEEN FOREMOST INEFFECTIVE HERE AT PLEASANT VALLEY STATE PRISON.
 I AT THIS TIME AM UNABLE TO TAKE THE MEDICATIONS THE DOCTOR HAS ORDERED FOR MY SEIZURE CONDITION, BECAUSE THE LOWER MEDICAL STAFF FELLS THE NEED TO CRUSH IT AFTER I HAVE BEEN REQUIRED TO TAKE THIS MEDICATIONS SINCE 1986, FOR THE ONGOING SEIZURE CONDITION I HAVE, I HAVE TRIED TO TAKE THE MEDICATIONS IN THIS MANNER BEFORE AND IT MAKES ME VIOLENTLY SICK, THEREFORE, IF THEY FIND ANOTHER MANNER THEY WISH TO DIVERT MY MEDICATION ORDER OF ALL MY DOCTORS FOR SO MANY YEARS, WHICH I HAVE RECORDS FOR ALL MY MEDICAL TREATMENT. STAFF IS WITHOUT DOCTORS ORDERS CHANGING MY MEDICAL TREATMENT, VIOLATING THE AMA, AND LEGAL STANDARD OF LEGAL MEDICAL LICENSING REQUIREMENT, AN LVN MY NOT ORDER MEDICAL TREATMENT.

 I AM REQUESTING, THAT MEDICAL CARE HERE AT PLEASANT VALLEY STATE PRISON BE TAKEN OVER DIRECTLY BY THE FEDERAL COURT OR THAT THE APPOINTED RECEIVER OF THE CALIFORNIA STATE PRISON MEDICAL TREATMENT PROGRAM, BE IN A MORE HANDS-ON APPROACH, THAT THE RECEIVER APPOINT AN ON-SITE OVERVIEWER OF THIS PRISONS MEDICAL CARE PROVISION.

10-07-2007

X _____
LONNIE LEE POSLOF SR.

CC/SEE OTHER SIDE

c.c.

CALIFORNIA PRISON CARE RECEIVERSHIP CORPORATION.
1731 TECHNOLOGY DRIVE, SUITE 700, SAN JOSE, CALIFORNIA 95110

HONORABLE THELTON HENDERSON
JUDGE OF THE UNITED STATES DISTRICT COURT
COURT ROOM 12, 19th FLOOR
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

PRISON LAW OFFICE
DIRECTOR,
GENERAL DELIVERY
SAN QUENTIN, CALIFORNIA 94964

ACLU OF NORTHERN CALIFORNIA
1663 MISSION STREET SUITE 460
SAN FRANCISCO, CALIFORNIA 94103

PRISONER'S RIGHTS UNION
POST OFFICE BOX 1019
SACRAMENTO, CALIFORNIA 94812

WARDEN, JAMES A. YATES
PLEASANT VALLEY STATE PRISON
POST OFFICE BOX 8500
COALINGA, CALIFORNIA 93210

CALIFORNIA DEPARTMENT OF JUSTICE
CALIFORNIA ATTORNEY GENERAL
C/O CALIFORNIA DEPARTMENT OF CORRECTIONS
1515 "S" STREET, SUITE 351
SACRAMENTO, CALIFORNIA 95814

LONNIE LEE POSLOF SR. #T-90225
P.V.S.P. D-1   113 LOW
POST OFFICE BOX 8 5 0 4
COALINGA, CALIFORNIA 9 3 2 1 0
IN PRO PER.

# UNITED STATES DICTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE: C I V I L   C O M P L A I N T.

| | |
|---|---|
| LONNIE LEE POSLOF SR. ) | CASE NO. CV o7-5293-CW (PR) |
| PETITIONER, ) | |
| ) | |
| Vs. ) | H E A L T H  C A R E  R E C E I V E R |
| ) | L E T T E R  O F  R E S P O N S E |
| ) | (P E T I T I O N E R  L O D G E M E N T) |
| JAMES A. YATES (WARDEN), ) | |
| PLEASANT VALLEY STATE PRISON, ) | |
| MTA. DEIS, CALIFORNIA DEPT. OF ) | |
| CORRECTIONS / REHABILITATION, ) | |
| ET, AL. DOES 1 TO 10 ) | |
| RESPONDENT, ) | |

RECEIVERSHIP LETTER IN RESPONSE TO PETITIONER'S LETTER REQUESTING THEY TAKE HANDS ON OVERVIEWER ON-SITE AT PLEASANT VALLEY STATE PRISON.

(S A M E  L E T T E R  A S  I N  C O M P L A I N T  FILED)

NO POSTAGE OR POST STAMP INDICATION LETTER WAS NOT MAILED AND MAY NOT BE AN AUTHENTIC DOCUMENT.

**CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.**

Robert Sillen
Receiver

November 21, 2007

Lonnie Poslof, T-90225
Pleasant Valley State Prison
P.O. Box 8504
Coalinga, CA 93210

Dear Mr. Poslof:

The California Prison Health Care Receivership has received your letter. We appreciate your correspondence. Our office carefully reviews each communication we receive regarding inmate patient health care. All information provided to us is considered in implementing systemic reform.

Due to the high volume of letters we receive, we are unable to immediately respond to all individual cases. You may wish to contact counsel for the inmate class in *Plata v. Schwarzenegger*, the Prison Law Office. For your records, the address to the Prison Law Office is:

Prison Law Office
General Delivery
San Quentin, CA 94549

The Receiver is committed to creating a system where custody and health care staff together guarantee that access to care and quality of medical services in California prisons meet constitutional standards. An integral part of meeting that goal is hearing from the patients about the treatment they are receiving.

We will achieve improvements in the quality of medical care. However, it is a large and complex problem for which there are no quick fixes, but I assure you that the work has already begun. Thank you for your interest in the remedial process.

Sincerely,

*Nancy Warren for*
Kristina Hector
Inmate Patient Relations Manager

1731 Technology Drive, Suite 700, San Jose, CA 95110
408.436.6800 • Fax 408.453.3025 • e-mail: receiver@cprinc.org • www.cprinc.org

LONNIE LEE POSLOF SR. #T-90225
P.V.S.P. D-1   113 LOW
POST OFFICE BOX 8 5 0 4
COALINGA, CALIFORNIA 9 3 2 1 0
IN PRO PER.


UNITED STATES DICTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


IN RE: CIVIL COMPLAINT.

| | |
|---|---|
| LONNIE LEE POSLOF SR. ) | CASE NO. CV-07-5293-CW (PR) |
| PETITIONER, ) | |
| ) | |
| Vs. ) | CLASSIFATON HEARING |
| ) | ADVISEMENT TO PRESENT |
| ) | PARTIES AT HEARING |
| JAMES A. YATES (WARDEN), ) | (PETITIONER LODGEMENT) |
| PLEASANT VALLEY STATE PRISON, ) | |
| MTA. DEIS, CALIFORNIA DEPT. OF ) | |
| CORRECTIONS / REHABILITATION, ) | |
| ET, AL. DOES 1 TO 10 ) | |
| RESPONDENT, ) | |


CLASSIFICATION HEARING ADVISEMENT DOCUMENT, CERTIFIES THAT THOSE PRESENT AT THAT HEARING WERE ADVISED OF THIS COURT COMPLAINT ACTION, AND WHICH IS CAUSE TO STAY ANY OUTSIDE TRANSFER.

AND WERE ADVISED THAT THE STAY IN TRANSFER IS BASED UPON BOTH THE COMPLAINT ACTION IN THIS COURT AS WELL AS THE COURT ORDER TO DELIVER PETITIONER TO THE CENTRAL DISTRICT COURT BY SAID (ib) COURT ORDER.

## CLASSIFICATION HEARING
## FOR LONNIE POSLOF
## CONCERNING INMATE TRANSFER

PRESENT:

1. LONNIE LEE POSLOF SR.
2. ~~(xxx)~~ would not state names
3. would not state names
4. would not state names
5. would not state names

ADVISED BY LONNIE LEE POSLOF SR. AS ASKING IF THOSE WHO ARE PRESENT ARE AWARE OF:

1. THAT MR. POSLOF, HAS A PRESENT AND ONGOING MATTER BEFORE THE NORTHERN DISTRICT COURT, IN A CIVIL COMPLAINT NAMING THE MEDICAL CARE PROVIDERS AT P.V.S.P. AS DEFENDANTS, AND THAT THE TRANSFER BEING CONSIDERED AT THIS HEARING WAS REQUESTED BY THE P.V.S.P. MEDICAL BOARD, AND THAT IT MAY BE ONLY TO REMOVE ME SO THAT THEY WILL NOT HAVE TO ANSWER TO THE COMPLAINT" ?   ___YES   ___NO

2. THAT MR. POSLOF, HAS AN ORDER BY THE CENTRAL DISTRICT COURT, REQUIRING JAMES A. YATES, AS THE DEFENDANT TO TRANSPORT ME TO THAT COURT OR IN THAT COURT BY 02/15/2008" ?   ___YES   ___NO

3. THAT IF MR. POSLOF, IS TRANSFERED OUT OF P.V.S.P. IT WILL LOOK AS IF P.V.S.P. MEDICAL CARE PROVIDERS ARE TRYING TO CIRCUMVENT MAKING THE COURT ORDERED IMPROVEMENTS TO THE P.V.S.P. HEALTH CARE SERVICES" ?   ___YES   ___NO

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE 12/05/2007.

*Lonnie Lee Poslof Sr.*
LONNIE LEE POSLOF SR.
PETITIONER IN PRO PER.

— over —

As well As The FAct The Additional Housing, in excess of my Present cellmate will Be Difficult, Because of The Large Amount of Senticeve Court And other Documentation in my Possession.

X̲    ̲
Yes    no

12-05-07    [signature]



CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

1731 Technology Drive
Suite 700
San Jose, CA 95110

LEGAL MAIL

Lonnie Poslof, T-90225
Pleasant Valley State Prison
P.O. Box 8504
Coalinga, CA 93210

D'lel

No Postage, no Post Mark!?

LONNIE LEE POSLOF SR. #T-90225
P.V.S.P. D-1 113 LOW
POST OFFICE BOX 8 5 0 4
COALINGA, CALIFORNIA 9 3 2 1 0

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

IN RE: CIVIL COMPLAINT.

| | |
|---|---|
| LONNIE LEE POSLOF SR. ) | CASE NO. CV-o7-5293-CW (PR) |
| PETITIONER, ) | |
| ) | |
| Vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| JAMES A. YATES (WARDEN) ) | |
| RESPONDENT, ) | |

I HEREBY CERTIFY THAT ON, 12 / 05 / 2007, I, SERVED THE FOLLOWING:

PETITIONER EVIDENCE LODGEMENTS / EXHIBITS

BY PLACING IN DEPOSIT FOR UNITED STATES MAILING AT:

PLEASANT VALLEY STATE PRISON
POST OFFICE BOX 8 5 0 4
COALINGA, CALIFORNIA 9 3 2 1 0

IN A PREPAID ENVELOPE ADDRESSED TO"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
POST OFFICE BOX 36060
SAN FRANCISCO, CALIFORNIA 94102-9680

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

DATE 12 / 05 / 2007,

x_Lonnie Lee Poslof Sr._
LONNIE LEE POSLOF SR.
PETITIONER IN PRO PER.