Case 4:07-cv-05293-CW    Document 9-2    Filed 01/07/2008    Page 1 of 1

