Lonnie Lee Poslof Sr. T90225
Salinas Valley State Prison
Fac-B Bldg-5 cell-138L
P.O. Box 1050
Soledad, California 93960-1050

United States District Court
Central District of California

Lonnie Lee Poslof Sr.,
Petitioner

vs.

James A. Yates,
Department of
Corrections, Et Al.
Respondent,

Case No. CV-07-5293 CW (PR)

Notice of Change of
Address / Motion / Request
for Order of Protection
And Amend Request for
Relief.

Comes, Now Petitioner Lonnie Lee Poslof Sr. with Notice of Change of Address / Motion / Request for Order of Protection and Amend Request for Relief.

1. Petitioner's Address Has changed to the Following:

Salinas State Prison
Lonnie Lee Poslof Sr. #T90225
Fac-B Building-5 Cell 138 Low
P.O. Box 1050
Soledad, California 93960-1050

-1-

2. Because of the State Prison Actions After Finding This matter Being Filed Before This court, And Removing me From The Facility which This Action was Shought, Believing They At my Removeal would nolonger Be Required To Answer The Complaint. And Then smashing my Typewriter, Removing my ability To Effectively Address The court's.

3. Petitioner Requesting The court order The Department of corrections To Replace the Personal Typewriter To which They Had Distroyed, And inso much Amending Petitioner's Request For Relief To included Such change And or Any other Relief, order's This court may find Appropriate.

in Addition Request This court order into Evidence Both Pleasant valley State Prison And Salinas State Prison Property cards For the Transfer of Petition From Pleasant valley State Prison, To Salinas State Prison To Show that my

—2—

typewriter was intact when Packed And Damaged once at Salinas State Prison, as well as That The Box containing my Typewriter was no longer Sealed on Arival At Salinas State Prison.

I Declare under Penalty That The Foregoing is True And correct.

Date 01/11/08        X Lonnie Lee Posley sr.
                     Lonnie Lee Posley Sr.
                     in Pro Per