

Salinas Valley State Prison
LonniE LEE Post oF Sr. #T90225
Fac-B Build-5 cell-138 Low
P.O. Box 1050
Soledad, CA 93960-1050

STATE PRISON
GENERATED MAIL

SAN JOSE CA 951
14 JAN 2008 PM 2

U.S. District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco, California 94102-9680

CASE NO. C-07-5293 CW
LEGAL MAIL