Lonnie Lee Pooloff Sr. #T90225
P.V.S.P. D-5 103 Low
Post Office Box 8504
Coalinga, California 93210

FILED
JAN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND SF

5293 CW

United States District Court
Northern District of California

Case: CW-?

In Re: Removing and Impairing Access to courts.

To: Honorable Judge, Theorton Henderson.

Request/Motion For order of Federal Protection

Comes Now Petitioner with Request/Motion for This court To Place Petitioner under Federal Protection, For The Following Reasons:

1. Pleasant Valley State Prison Has Damaged The Typewriter I use to Address The courts

2. P.V.S.P. Has Kepted my Person in Transport "Limo" meaning Back and Forth Between State Prisons, so That I may not Address And Report on pending matters in This And other's courts!

3. The California Prison System "Is" Doing This Retellation For Filing A Civial Petition in your court, "which" without my Legal Files, I cannot Provide The court with The correct case number, Although it [is] in The matter of Poslof V. Yates, Dieas, Pleasant Valley State Prison, Department of corrections and Rehablation,

Also, IF The court would now Add Relief iF granted To Replace my Typewriter with A same of Value And Fuction and or Any other order And or Relief This court Finds Appropriate

Page Two of Three

I Lonnie Lee Poslof Do Declare That:

1. I Am The Petitioner in The Above indccated count And Have Been seprated From my Records For that matter, And Do "not" By memory Recall the case numbers

Also that my means To which I Access Has not only Been Taken From me, But it Has Been Distroyed, Removing Any meaningful Access+ to This And other court's

I Declare under Penalty of Perjury That The Foregoing is True And correct To the Fullest of My Ability And understanding

Date 01-08-2008

X _Lonnie Lee Poslof sr._
Lonnie Lee Poslof sr.
Petitioner Pro Se