SALINAS STATE PRISON T-90225
LONNIE LEE POSLOS SR.
POST OFFICE BOX 1050
SOLEDAD, CALIFORNIA 93960-1050

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CLERK OF DISTRICT COURT JUDGE:
HONORABE, THELTON HENDERSON
COURT ROOM 12, 19TH FLOOR
450 GOLDEN GATE AVE.
SAN FRANCISCO, CALIFORNIA 94102

L E G A L * * * M A I L

CASE NO. CV-07-5293-CW (PR)

STATE PRISON GENERATED MAIL

$00.41
JAN 29 2008

Case 4:07-cv-05293-CW    Document 11-2    Filed 01/30/2008    Page 2 of 2

