IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, SR., | No. C 07-05293 CW (PR) |
|     Plaintiff, | ORDER OF TRANSFER |
|   v. | |
| PLEASANT VALLEY STATE PRISON, et al., | |
|     Defendants.       / | |

    Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status. The acts complained of occurred at Pleasant Valley State Prison, which is located in the Eastern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. All pending motions (docket nos. 5, 6, 11) shall be transferred to the Eastern District and terminated as moot. The Clerk of the Court shall transfer the case forthwith.

    IT IS SO ORDERED.

Dated: 4/24/08

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\CR.07\Poslof5293.Transfer.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LONNIE LEE POSLOF SR.,

        Plaintiff,

v.

PRISON MEDICAL TREATMENT et al,

        Defendant.

Case Number: CV07-05293 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lonnie Lee Poslof T90225
Salinas State Prison
FAC-B Building-5, Cell 138Low
P.O. Box 1050
Soledad, CA 93960-1050

Dated: April 24, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk